UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DANIEL FAIN FOWLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:23-cv-01005-STA-jay |
| ) | JURY DEMANDED |
| WOODRIDGE OF WEST TENNESEE, ) | |
| LLC d/b/a PERIMETER BEHAVIORAL ) | |
| OF JACKSON, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF MACKENZIE ROWAN

I, Mackenzie Rowan, declare and state as follows:

1. I am over the age of twenty-one (21) years and competent to testify to the matters contained herein. The statements contained in this declaration are based upon my own personal knowledge.

2. I am Human Resources Director for Woodridge of Tennessee, LLC d/b/a Perimeter Behavioral of Jackson ("Woodridge"). At the time of Danial Fowler's termination of employment from Woodridge, my job title was Human Resources Manager.

3. Woodridge provides health care to minors, using a patient-centered collaborative approach to providing high quality care addressing both the mental health and physical wellbeing of its patients. Woodridge's program includes a residential program for youth aged 12-17. Woodridge frequently provides such residential services to patients whose primary residence is outside the state of Tennessee, including the state of Texas.

4.      Both as Human Resources Director and in my former role as Human Resources Manager, I am familiar with Woodridge's policy related to employee suspensions that was in place in March 2022 and onward. A true and correct copy of the policy addressing this issue is attached hereto as Exhibit A.

5.      The applicable policy includes a provision allowing for the administrative suspension of an employee without pay pending the outcome of the investigation. (Exhibit A, HR Policy 5.9, page 2, subpart 6). Although the policy provides that such suspensions generally do not exceed fourteen (14) days, the policy also provides that such suspensions may be indefinite when the employee is the subject of investigation by an outside agency, such as the Tennessee Department of Children's Services ("DCS"). (Exhibit A, page 2, subparts 6-7). The relevant provision provides as follows: "The fourteen (14) day limitation may not apply when an employee is suspended pending completion of court action or an investigation by an outside agency or law enforcement." (Exhibit A, page 2, subpart 7). Further, under the policy Woodridge "reserves the right to terminate employment in situations where external investigations are ongoing and business needs require that the suspended employee's job duties be filled on a permanent basis." (*Id.*)

6.      Woodridge's CEO makes the decision on whether an employee is placed on administrative leave and whether the leave is extended beyond the initial fourteen (14) days.

7.      As Human Resources Director, I am familiar with the books and records of Woodridge related to personnel issues. Such documents are made and maintained in the ordinary course of business, and in the normal course and scope of my duties, I am familiar with those records. These documents are true and correct copies of documents created or acknowledged at or near the time of the event by employees with personal knowledge of the records or events stated

therein. These files are kept in the regular course of business and accurately depict the events and activities related to those associates.

8. Woodridge records reflect that Star Armstrong was interim CEO of Woodridge from March 15, 2021 until September 8, 2021.

9. Woodridge records reflect that Lamar Frizzell was CEO of Woodridge from September 7, 2021 until February 10, 2022.

10. Based on my personal knowledge, Debbie Tullier began serving as interim CEO no later than March 1, 2022, and she held that interim position until March 15, 2022.

11. Based on my personal knowledge, Robert Marsh, Regional Vice President of Operations, began serving as interim CEO of Woodridge no later than March 16, 2022. Mr. Marsh served as interim CEO until March 27, 2022.

12. Robert Marsh's policy when he was the interim CEO of Woodridge was that any employee under investigation for physical or sexual abuse by an agency such as Tennessee DCS would be placed on indefinite, unpaid administrative leave pending the outcome of the investigation.

13. Woodridge records reflect that Greg Sizemore was CEO of Woodridge from March 28, 2022 until April 7, 2023.

14. Over the course of my preparations as the corporate representative for Woodridge, I learned that based on the information available to Perimeter, the State of Tennessee's investigation into D.S.'s allegations was completed June 16, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 1st day of April, 2024.

*Mackenzie Rowan*
MACKENZIE ROWAN

4876-7687-4675, v. 1