# EXHIBIT A

**Corrective Action (HR Policy 5.9)**

The Company endorses a policy of progressive discipline in which employees are provided notice of deficiencies and are given an opportunity to correct their deficiencies. However, the Company retains the right to administer disciplinary action in any manner deemed appropriate. Employees who fail to correct individual deficiencies or who violate the Standards of Professional Conduct shall be subject to disciplinary action. The action may range from preventative counseling to termination and may, if the circumstances warrant, include referral to appropriate authorities for prosecution.

Progressive discipline may be used to address either the same recurring issue or a series of unrelated issues. However, in cases of serious violations of standards of conduct, progressive discipline will not be used, and the disciplinary process will occur at any level appropriate to the circumstances. In most instances when minor violations or poor performance occur, corrective action will be administered as follows:

1. Coaching (Preventative counseling)

2. Counseling

3. Warning

4. Disciplinary Suspension (without pay)

5. Termination

Coaching is the least severe form of corrective action. Counseling is routinely used for repeated minor violations or for a more serious violation. Warning may be the final step in progressive discipline when suspension is deemed inappropriate, or it may be initially used for more serious violations of policy.

Disciplinary Suspension from work without pay may be imposed in the following situations:

1) When an employee's presence on the job is determined by the Company to be a threat to personnel or clients. Progressive discipline may be used to address either the same recurring issue or a series of unrelated issues. However, in cases of serious violations of standards of conduct, progressive discipline will not be used, and the disciplinary process will occur at any level appropriate to the circumstances. In most instances when minor violations or poor performance occur, corrective action will be administered as follows:

1. Coaching (Preventative counseling)

2. Counseling

3. Warning

4. Disciplinary Suspension (without pay)

5. Termination

Coaching is the least severe form of corrective action. Counseling is routinely used for repeated minor violations or for a more serious violation. Warning may be the final step in progressive discipline when suspension is deemed inappropriate, or it may be initially used for more serious violations of policy.

Disciplinary Suspension from work without pay may be imposed in the following situations:

1) When an employee's presence on the job is determined by the Company to be a threat to personnel or clients.
2) When the misconduct or offense is of such severity that termination may occur.
3) When an employee fails to correct performance after having been previously warned; or
4) When a decision is pending as to the appropriate disciplinary action to be taken, if any.
5) When used, a disciplinary suspension will be imposed for no more than five (5) consecutive working days. Employees are not allowed to use PTO benefits while they are suspended from work because of corrective action.
6) In cases where an investigation into employee misconduct is warranted, the employee may be administratively suspended without pay pending the outcome of the investigation. If fully cleared of the alleged misconduct and any violations of company policy, the employee may be reinstated with pay. However, if the employee is reinstated but subject to disciplinary action, all or part of the suspension may remain unpaid as part of the corrective action. Suspensions imposed due to investigations into employee misconduct generally will not exceed fourteen (14) consecutive days before a final decision is rendered.
7) The fourteen (14) day limitation may not apply when an employee is suspended pending completion of court action or an investigation by an outside agency or law enforcement. The Company reserves the right to terminate employment in situations where external investigations are ongoing and business needs require that the suspended employee's job duties be filled on a permanent basis.
8) Some violations of policy are considered so serious that they result in immediate termination unless the Facility Director and Corporate Human Resources Department determine that lesser action is appropriate due to mitigating circumstances. See the Standards of Professional Conduct policy for examples.
9) Corrective Actions remain a permanent part of an employee's personnel file. At their discretion, Employees may provide a written rebuttal, which will also become part of their permanent file.