UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| DANIEL FAIN FOWLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:23-cv-01005-STA-jay |
| ) | JURY DEMANDED |
| WOODRIDGE OF WEST TENNESEE, ) | |
| LLC d/b/a PERIMETER BEHAVIORAL ) | |
| OF JACKSON, ) | |
| ) | |
| Defendant. ) | |

---

## DECLARATION OF STARLETT ARMSTRONG

---

I, Starlett Armstrong, declare and state as follows:

1. I am over the age of twenty-one (21) years and competent to testify to the matters contained herein. The statements contained in this declaration are based upon my own personal knowledge.

2. In my former capacity as Director of Clinical Services for Woodridge of Tennessee, LLC d/b/a Perimeter Behavioral of Jackson ("Woodridge"), I became familiar with the Child Specific Residential Child Care Contract between Woodridge and the Texas Department of Family and Protective Services regarding D.S. effective October 19, 2021. A true and correct copy of that contract is attached hereto as Exhibit A.

3. The document attached hereto as Exhibit B includes a true and correct copy of an email string between Tajuanna Wills and myself dated March 1, 2022.

4. The document attached hereto as Exhibit C includes a true and correct copy of an email from myself to Stephanie Lentz, with a copy to Robert Marsh, dated March 16, 2022.

5. The document attached hereto as Exhibit D includes a true and correct copy of an email from myself to Stephanie Lentz, with a copy to Robert Marsh, dated March 26, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 1st day of April, 2024.

*Starlett Armstrong*
STARLETT ARMSTRONG