# EXHIBIT A

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

| | | | |
|---|---|---|---|
| **Contract Number** | 24824313 | **Resource Number** | 26296815 |
| **Facility Number** | N/A | **Facility License Type** | Residential Treatment Center |
| **Amendment Number** | N/A | **Renewal Number** | N/A |
| **State** | Tennessee | **Waiver Number** | HHS0000403 |

## GENERAL CONDITIONS

1. **Contracting Parties.** Pursuant to its authority under the Texas Human Resources Code (HRC) §40.058, the Texas Department of Family and Protective Services, (Department or DFPS), and **Woodridge of Tennessee, LLC DBA Perimeter Behavioral of Jackson**, (Contractor), enter into this contract (Contract) for the purpose of providing Residential Child-Care Services to ████████████ ████████ (Child). This Contract, along with all Attachments, constitutes the entire and complete agreement between the parties. In this Contract, all references to the Department will include the Texas Health and Human Services Commission (HHSC) and any other agency named in Texas Government Code (TGC) Chapter 531 to the extent that HHSC has transferred DFPS' functions related to this Contract to itself or to such other agency pursuant to HHSC authority in TGC §531.0055, or any other statutory authority of HHSC. When acting in such capacity, HHSC or such other agency will be considered an authorized agent acting on behalf of DFPS.

2. **Governing Law and Venue.** This Contract will be construed in accordance with the laws of the State of Texas (State). Venue will be in a court of competent jurisdiction in Travis County, Texas.

3. **Independent Contractor.** Contractor will serve as an independent contractor in providing services under this Contract. Contractor's employees will not be construed as employees of DFPS or the State of Texas. Contractor has sole authority and responsibility to employ, discharge, and otherwise control its employees and contractors. Contractor is responsible for providing all necessary unemployment and workers' compensation insurance for the Contractor's employees.

4. **Purpose.** The purpose of the Residential Child-Care contract is to establish the qualifications, standards, and terms of delivering specified services to the Child in contracted care; to set the terms and conditions of operations and payment; and to specify the method of ensuring delivery of contracted services. The goal of Residential Child-Care is to protect the well-being of the Child, enhance the Child's functional abilities in a 24-hour Residential Child-Care setting, and prepare the Child for his Permanency Goal, by providing the following services as appropriate:
   A) Child-Care and Treatment Services;
   B) Service Planning for educational, recreational, vocational, transitional and Basic Life Skills;

Confidential

D000003

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

C) Behavioral Health, diagnostic assessment, and health/ preventive health care services;

D) Appropriate supervision for all activities and services while in the Contractor's care;

E) Continuity of care for the integration and coordination of all services referenced in Sections 9-23 of this Contract; and

F) Referral to all appropriate service providers to meet the Child's specific needs.

5. **Applicable Contract Provisions.**  Contractor must comply with all provisions of this contract, including the special terms and conditions set forth in Attachment E if special terms and conditions are documented.

6. **Contractor Representation.**  By accepting the Child, the Contractor represents that:

A) It has the expertise and is licensed to provide Programmatic Services to meet the Child's current needs based on the background information provided by the Department;

B) It will accept the Per Diem rates, as described in Section 35 as payment for the services and the requirements of this Contract; and

C) It will deliver the services and meet requirements in a manner that meets high standards of professional quality.

7. **Contracted Service Levels.**  The Contractor agrees to and acknowledges the following:

A) DFPS will determine the minimum services provided by the Contractor to the Child based on the Child's level of need.  The Department designates the level of need as Basic, Moderate, Specialized or Intense, as described in Attachment C.

B) The Contractor will provide services to the Child at **Specialized** Service Levels, and will maintain full compliance with the associated Service Levels as described in Attachment C for the Child placed with the Contractor.

8. **Voluntary Extended Foster Care.** Children 18 to 22 years of age who meet eligibility criteria and voluntarily agree to participate in the Extended Foster Care program, as defined in applicable sections of 40 Texas Administrative Code (TAC) §§700.316 and 700.346, may be served under the terms of this Contract once approved by the Department.

A) The Contractor must offer assistance to the Child in maintaining documentation such as school transcripts or pay stubs to demonstrate that any such Child 18 to 22 years of age is qualified to remain in Extended Foster Care.

B) The Contractor will assist the Child in the completion of the Voluntary Extended Foster Care Agreement, Form 2540 upon request by CPS.

C) If a Child seeks to Return for Extended Foster Care during or after participating in the Trial Independence period and has not yet turned 21 years of age, the Contractor will direct the Child to contact the regional DFPS Preparation for Adult

Confidential

D000004

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State**

Form 2282CSC
August 2021

Living (PAL) staff (see
http://www.dfps.state.tx.us/Child_Protection/Youth_and_Young_Adults/Preparati
on_For_Adult_Living/PAL_coordinators.asp.)

## CONTRACTED COMPONENTS OF CARE

9. **Basic Life Skills and Social Skills.**  The Contractor must ensure for the Child that Caregivers:
   A) Teach Basic Life Skills and Social Skills;
   B) Maximize opportunities for learning through the use of Basic Life Skills Activities;
   C) Provide access to Basic Life Skills Activities provided by community resources;
   D) Promote ability to appropriately care for himself and function in the community.
   E) Assist Children ages 14 or older who have a source of income to establish a savings plan and, if available, a savings account to manage independently;
   F) Assist Children ages 18 up to 22 years of age who have a source of income to obtain a savings or checking account with a Financial Institution; and
   G) Provide access to age-appropriate Normalcy activities which are suitable for the Child's level of maturity and age including activities not listed in the Child's Service Plan. Contractors must train Caregivers and use a "Reasonable and Prudent Parent Standard" to decide whether a Child may participate in an unsupervised activity. Activities can include, but are limited to:
      i.   Participating in academic and non-academic extracurricular activities within the Child's school;
      ii.  Allowing the Child to visit with friends or attend regular social events;
      iii. Support a Child's employment efforts; and
      iv.  Participating in other activities agreed upon by the Caregiver and the Child, without the need to seek initial approval from the Department.

10. **Children's Rights.**  The Contractor must:
    A) Cooperate with Child Protective Services (CPS) to ensure the Child has been given a written copy of the CPS Rights of Children and Youth in Foster Care at the time of placement, review and explain the CPS Rights of Children and Youth in Foster Care, and obtain the Child's signature (5 and older), if appropriate;
    B) Support the rights listed in the CPS Rights of Children and Youth in Foster Care;
    C) Not deny or restrict, through action or policy, any of the rights listed in the CPS Rights of Children and Youth in Foster Care or the Extended Foster Care Rights and Responsibilities; see
       http://www.dfps.state.tx.us/Application/Forms/showFile.aspx?NAME=2530.docx
       and
       http://www.dfps.state.tx.us/Application/Forms/showFile.aspx?NAME=2541.doc
    D) Provide services to the Child who is deaf or hard of hearing that ensure effective communication for the Child in their care; and
    E) Court Attendance. The Contractor will:
       i.   Ensure the Child is provided a copy of court hearing notices; and

Confidential

D000005

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State**

Form 2282CSC
August 2021

ii. Ensure Children ages four and older attend permanency and placement court hearings to the extent possible, unless prohibited by court order. If the Child cannot attend the court hearing in person, ensure the Child is available to participate through Telecommunication, or other means allowed by the court.

F) Report any suspected case of abuse, neglect, or exploitation to the appropriate authority as required by the Texas Family Code Chapter 261. All reports must be made within 24 hours of the discovery of the suspected abuse, neglect, or exploitation to DFPS Statewide Intake by either phone at 1-800-252-5400 or online at https://www.txabusehotline.org/Login/Default.aspx.

G) Will provide DFPS hotline's phone number that must be readily available and displayed prominently in all foster care residential facilities by using the Ombudsman poster at http://www.dfps.state.tx.us/Doing_Business/Purchased_Client_Services/Residential_Child_Care_Contracts/forms.asp. Child must be allowed telephone access to reach out to this 24-hour system, free from observation.

11. **Assessment, Service Planning and Coordination.**

A) Diagnostic Assessment.  The Contractor will provide diagnostic assessments as defined in Attachment C, Section M500.02.

B) The Contractor will coordinate with the Department or a Preparation for Adult Living (PAL) Contract Contractor for completion of the Casey Life Skills Assessment by the Child's Caregiver

C) Service Planning and Coordination.  The Contractor will:

i. Develop, coordinate and implement a Service Plan that supports the DFPS Permanency Plan for the Child and addresses the services that will be provided to the Child to meet the Child's specific needs.

ii. Invite the DFPS Caseworker to participate in Service Planning meetings and make reasonable efforts to participate in DFPS Permanency Planning meetings;

iii. Ensure Children, youth, families and Caregivers have an opportunity to participate in the identification of needed services and in the development of Service Plans.

iv. Provide guidance and support to Children 14 to 18 years of age to enable them to assume progressively greater responsibility for implementing Service Plan strategies designed to meet their needs and achieve their goals;

v. Provide guidance and support to Children 18 to 22 years of age to enable them to assume primary responsibility for implementing Service Plan strategies designed to meet their needs and achieve their goals;

vi. Develop a Service Plan in accordance with the requirements contained in Attachment C under the sections entitled "Casework and Support Services" and "Service Plans".

vii. Ensure that the Service Plan incorporates and is consistent with:

a. The Child's Plan of Service;

b. Permanency Planning and Permanency Goals identified by the Department;

Confidential

D000006

Texas Dept of Family
and Protective Services

# Child-Specific
## Residential Child-Care Contract
## RTC Out-of-State

Form 2282CSC
August 2021

    c.  Plans for Normalcy, including social, extracurricular, recreation and leisure activities and integrating the Child into the community and community activities, as appropriate;

    d.  Any short term and long term behavioral goals ;

    e.  Components of a Child's Individual Education Plan (IEP) and the Individual Transition Plan (ITP) that are both developed by the school's Admission, Review, and Dismissal (ARD) committee, if appropriate;

    f.  All services described in Attachment E, Special Terms and Conditions;

    g.  Components of the CPS Transition Plan for Children ages 14-22 years of age to include results of the Casey Life Skills Assessment when applicable; and

    h.  Including any special medical needs; the Contractor must collaborate with Medical Professionals to ensure the medical information is accurate.

viii.    Ensure the Service Plan includes services to assist the Child to transition to a new living arrangement or to new Contractor services, if applicable;

ix.  Provide a copy of the Service Plan to the Caseworker or Caseworker's Chain of Command within 10 days of completion; and

x.  Document the date the Service Plan was shared with Caseworker or Caseworker's Chain of Command.

D) Service Management/Case Management. The Contractor will:

  i.  Ensure the Child is enrolled and each Caregiver participates in Service Management/Case Management if available, and if the Child meets the criteria for the program;

  ii.  Request coordination services from Service Management/Case Management prior to requesting a placement change for a Child with Primary Medical Needs;

  iii.  Provide the Child's Caseworker with the following medical information for a Child with Primary Medical Needs, at the time of request for a placement change:

    a.  Medical conditions and diagnoses;

    b.  Current healthcare needs;

    c.  Current services in place to be transitioned (example, Private Duty Nursing, Personal Care Services, Speech Therapy, Physical Therapy, Occupational Therapy, other therapies, etc.);

    d.  Standing or scheduled future appointments, including those with any specialist Contractors;

    e.  Special transportation requirements;

    f.  List of purchased or rented Durable Medical Equipment and/or Supplies; and

    g.  Training required for selected Caregiver.

  iv.  The Contractor will participate in a Primary Medical Needs (PMN) Meeting, facilitated by the CPS Well-Being Specialist, to ensure the provision of information for safe transition of a Child with Primary Medical Needs, prior to

*RCC*————————————————————————————————Page 5 of 89

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

a placement change. If a PMN Meeting cannot be held prior to a placement change, the Contractor will coordinate with the Child's Caseworker or Caseworker's Chain of Command to participate in a PMN Meeting as soon as possible, following a placement change.

12. **Behavioral Health and Healthcare Services.**
   A) Medical, Dental, Vision and Pharmacy Services.
   - i. The Contractor must ensure access to necessary Medical, Dental, Vision and Pharmacy services for the Child;
   - ii. The Contractor will provide access to regular, annual, preventive Medical and Dental services equivalent to the Early and Periodic Screening, Diagnosis, and Treatment (EPSDT) service known in Texas as Texas Health Steps found at:
     http://www.dshs.state.tx.us/layouts/contentpage.aspx?pageid=29814&id=2609&terms=Texas+Health+Steps+periodicity+schedule and incorporated herein by this reference.
   - iii. The Contractor will provide access to Medical Checkups in the following manner:
     - a. For all Children, an initial EPSDT Medical Checkup within 30 days of entry into DFPS conservatorship;
     - b. For all Children, unless required more frequently by the Child's medical Contractor, a subsequent EPSDT Medical Checkup must be scheduled one year after the previous checkup and no later than the child's next birthday;
     - c. For all Children, provided by a licensed health care practitioner who is enrolled in Medicaid; and
     - d. For Children with Primary Medical Needs, request written documentation from the Child's Primary Care Physician (PCP) if the Child is unable to attend EPSDT Medical Checkups in accordance with required timeframes.
   - iv. The Contractor will provide access to Dental Checkups in the following manner:
     - a. For all Children six months of age or older, within 60 days of entry into DFPS conservatorship;
     - b. For all Children, a subsequent checkup must be obtained six months after the month in which the Child received the previous checkup;
     - c. For all Children, provided by a licensed dentist who is enrolled in Medicaid or a dental hygienist who is working under the supervision of a licensed dentist who is enrolled in Medicaid; and
     - d. For Children with Primary Medical Needs, request written documentation from the Child's Primary Care Physician (PCP) if the Child is unable to attend Dental Checkups in accordance with required timeframes.

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

e. The Contractor will apply for Medicaid for the Child in the Receiving State at the earliest point permissible according to the Receiving State's Medicaid policies;

i. The Contractor will access Medicaid for covered Medical, Dental, Vision, and Pharmacy services available to the Child;

ii. In the event that neither community nor Medicaid resources are available to fund recommended Medical, Dental, Vision or Pharmacy services, as soon as practicable but no later than the third business day the Contractor will notify the Caseworker or Caseworker's Chain of Command for assistance, the regional Well-Being Specialist can be utilized as a resource;

iii. In the event the Contractor has any questions or concerns regarding the prescribed recommendations for follow-up treatment, the Contractor will raise these concerns/questions with the Department and the Department will assist the Contractor with a resolution.

iv. If a Child is hospitalized for medical needs, the Contractor must provide support for the Child in accordance with the Child's medical needs and supervisory requirements.

B) Behavioral Health Services.

i. Contractor will ensure that Behavioral Health services are available and provided to the Child as needed by a Licensed professional therapist or counselor ("Behavioral Health Contractors").

ii. The Contractor will access Medicaid for Medicaid covered Behavioral Health Services, unless the court orders the Department to provide behavioral health services for the Child from a Non-Network Contractor.

iii. The Contractor will ensure that each child in their care be provided access to a Child and Adolescent Needs and Strengths Assessment (CANS) in the following manner:

a. For all Children, ages three through seventeen an initial CANS assessment must be completed within 30 days of entry into DFPS conservatorship;

b. The contractor will be responsible for scheduling the CANS appointment with a STAR Health clinician who is certified in the use of CANS.

c. The contractor will ensure transportation to the CANS appointment

d. The child's substitute caregiver should be available at the time of the appointment to be interviewed by the STAR Health clinician as well

e. For all Children, a subsequent CANS assessment must be scheduled one year after the previous CANS assessment

f. The final CANS summary report will reside in the child's Health Passport record, these recommendations should be included in the child's plan of service or treatment plan

g. In the event a contractor has a clinician on staff that is or would like to become a STAR Health clinician who is certified to administer the CANS assessment to DFPS youth they can contact

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

CBHNetworkDev@cenpatico.com or call their customer services
team at 1-866-218-8263 with questions related to the CANS
certification process.

iv.  The Contractor must use community resources to obtain Behavioral
Health Services not covered by Medicaid.

v.   In the event that community resources are not available for Behavioral
Health Services and/or Medicaid does not cover the services, the
Contractor will be financially responsible for providing Behavioral Health
Services.

C) Psychotropic Medications

i.   The Psychotropic Medication Utilization Parameters for Foster Children
(Parameters) must be used, where applicable, in the treatment and care of
the Child served under this Contract.  The current Parameters now
incorporated into this Contract by reference, may be accessed at:
http://www.dfps.state.tx.us/Child_Protection/Medical_Services/guide-
psychotropic.asp.

ii.  If the Child is prescribed psychotropic medications the Contractor will ensure
that each Medical Consenter discusses the risks and benefits with the
prescribing Contractor. If the Medical Consenter has additional
questions/concerns about the medication regimen for the Child, the Medical
Consenter will request assistance from the Caseworker or the Caseworker's
Chain of Command.

iii. If the Child is prescribed psychotropic medications, the Contractor will
ensure that Medical Consenters attend, by Telemedicine, if needed, the
initial Office Visit and subsequent Office Visits with the prescribing physician,
physician assistant, or advanced practice nurse at least once every 90 days
to allow the practitioner to:

    a.  Appropriately monitor the side effects of the drug; and

    b.  Determine whether the drug is helping the Child achieve the treatment
goals and whether continued use of the drug is appropriate.

iv.  The Contractor will ensure, for all Children receiving psychotropic
medication, that the Child:

    a.  Is provided appropriate psychosocial therapies, behavior strategies,
and other non-pharmacological interventions; and

    b.  Is seen by a prescribing physician, physician assistant, or advanced
practice nurse in the Behavioral Health Services Network as described
in Subsection iii, above.

v.   Contractors must ensure the completion of the DFPS Psychotropic
Medication computer-based training and the post-test available at:
http://www.dfps.state.tx.us/Child_Protection/Medical_Services/guide-
psychotropic.asp in the following manner:

    a.  Caregivers and employees who administer psychotropic medications
must complete as part of pre-service training and annually thereafter, as
required in Attachment C, 502 Training, and retain documentation of

Confidential

D000010

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

successful completion of the DFPS Psychotropic Medication Training in staff records;

b. Children ages 16 and 17 years of age who have been designated by the court as their own Medical Consenter and have been prescribed psychotropic medications must complete:
   1. Within seven days of the court's designation; or
   2. If the Child has a non-emergency appointment with the Child's Behavioral Healthcare Contractor within those seven days, but prior to such appointment and submit documentation of successful completion of the DFPS Psychotropic Medication Training to the Caseworker, within five days of completion; and

c. For each Child who has been prescribed psychotropic medications, within 120 days prior to their 18th birthday, and submit documentation of successful completion of the DFPS Psychotropic Medication Training to the Caseworker, within five days of completion;

vi. Contractors must ensure the following with regard to psychotropic medication documentation and notification:
   a. Submit the completed Psychotropic Medication Treatment Consent Form (Form 4526) found at: http://www.dfps.state.tx.us/site_map/forms.asp for each new psychotropic medication to the Caseworker, as soon as possible, but no later than five business days from the date of the appointment; and
   b. Notify the Caseworker in writing, within one business day, of any prescribed psychotropic medication and dosage changes.

D) Trauma Informed Care.
   i. Pre-Service Training Requirement-Contractors must ensure the completion of the Trauma Informed Care Training in the following manner:
      a. Each Caregiver and employee who provides direct care must complete at least eight hours of Trauma Informed Care Training prior to being the only Caregiver responsible for a Child in care;
      b. Trauma Informed Care Training should provide practical information that prepares the Caregiver to put into practice what they have learned; and
      c. Training should include at least one of the DFPS approved Trauma Informed Care Trainings; a component on Adverse Child Experiences (ACEs) and training and resources related to prevention and management of Secondary Traumatic Stress (Compassion Fatigue).

   ii. Annual Refresher Training Requirement-Contractors must ensure the completion of an
       annual refresher Trauma Informed Care Training in the following manner:
      a. Each Caregiver and employee who provides direct care must complete at least two hours of Trauma Informed Care Training annually;
      b. Trauma Informed Care Training should provide practical information that prepares the Caregiver to put into practice and build on what they have learned; and

---

***RCC*** —————————————————————————————————— Page 9 of 89

Confidential

D000011

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

    c. Contract may select their own curriculum/model for the annual refresher training.

  iii. Additional Requirements.

    a. Certification of completed Trauma Informed Care Training must be placed in staff and foster parent records and documented in accordance with the applicable child welfare licensing authority of the state in which the Contractor is located. DFPS approved Trauma Informed Care Training can be found at: https://www.fostercaretx.com/content/fostercaretx/en_us/for-members/resources/training.html and http://www.dfps.state.tx.us/training/trauma_informed_care/.

    b. Contractors are encouraged to complement required Trauma Informed Care Training, with other training, to support the Caregiver and employee in understanding Trauma Informed Care. Additional Trauma Informed Care Training options can be found at: National Child Traumatic Stress Network - Child Trauma Home | and Texas Health Steps.

E) The Contractor will provide written documentation of Health Care appointments for Children.

  i. This documentation must include the following minimum information:

    a. Name and date of birth of Child;

    b. Reason for the visit;

    c. Date of examination;

    d. Procedures completed;

    e. Examination results;

    f. Recommended follow up treatment and scheduled appointments, if any;

    g. Medications and changes to medications;

    h. The Child's refusal to accept medical treatment, if applicable;

    i. Documentation of the circumstances of an injury or medical incident, including date and time of the incident;

    j. Documentation of whether the appointment was an EPSDT Medical or Dental Checkup as described in 12.A) ii and 12.A) iii above; and

    k. Documentation that a Child with Primary Medical Needs (PMN) had a medical examination within seven days before or three days after the date of placement; or

  ii. The Contractor has the option of using the DFPS template for this purpose, "Medical/Dental/Vision/Hearing Examination Form 2403" at http://www.dfps.state.tx.us/PCS/Residential_Contracts/contract_forms.asp.

## 13. Routine 24-hour Child-Care.

A) Food. The Contractor must:

  i. Provide the Child with food that is adequate variety, quality, and in sufficient quantity to supply the nutrients needed for proper growth and development according to the United States Department of Agriculture guidelines;

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

    ii.  Provide the Child with three meals and at least one snack a day; and no more than 14 hours may pass between the last meal or snack of the day and the serving of the first meal of the following day;

    iii.  Ensure that the Child receives fresh fruits, vegetables, and dairy products at least once a day;

    iv.  Provide food that is appropriate for the Child's age and activity level;

    v.  Ensure that the Child has input into meal planning; and

    vi.  Not serve the Child nutrient concentrates and supplements, such as protein powders, liquid protein, vitamins, minerals, and other nonfood substances, in lieu of food to meet the Child's daily nutritional needs, except with written instructions from a licensed health-care professional.

B)  Clothing and Personal Items.

    i.  The Contractor will maintain an inventory of the Child's clothing and Personal Items that are of substantial medical, monetary, or sentimental value by:

        a.  Completing an inventory of the Child's clothing and Personal Items at admission;

        b.  Updating the inventory of clothing and Personal items quarterly and at discharge;

        c.  Ensuring that the Child (when age and developmentally appropriate) and the Contractor's staff or Caregiver sign and date the clothing and Personal Item inventory; and

        d.  Sending the clothing and Personal Item inventory with the Caseworker or other Department designee at discharge.

    ii.  The Contractor must provide the Child with Appropriate Clothing as defined in Attachment B and make reasonable efforts to ensure the Child wears Appropriate Clothing.

    iii.  The Contractor will allow the Child to label his/her clothes and other items with the Child's name or initials.

    iv.  The Contractor will provide the Child with appropriate items necessary to meet his/her hygiene and personal grooming needs and encourage the Child to use the items by:

        a.  Making Grooming Products available so that the Child is able to maintain good hygiene and grooming practices;

        b.  Ensuring that Grooming Products meet the Child's ethnic hygiene and individual hair care needs;

        c.  Ensuring sufficient hot water is available for daily baths or showers; and

        d.  Providing training/education as necessary to ensure the Child understands the concepts of personal hygiene and grooming and what the Child needs to do on a daily basis to achieve and maintain good hygiene and grooming.

C)  Room, Board, and Furnishings the Contractor must:

    i.  Provide the Child with a bed, sheets, towels, blankets, bedspreads, pillows, mattresses and other furnishings necessary to meet the Child's needs. The Contractor will ensure that the items be kept clean and in good repair.

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

ii. Ensure that the Child has personal storage space for his/her clothing and Personal Items. The Contractor will provide the Child who is able to look after his/her own needs with individual storage space in his/her bedroom for clothing and Personal Items.

iii. Provide behavioral, gender and age appropriate living arrangements for the Child, with the exception of Sibling Groups, where appropriate.

D) Continuous 24-Hour Awake Supervision for Placements with more than Six Children.

i. For the purpose of this section, Continuous 24–Hour Awake Supervision means caregivers are awake to supervise children continuously, 24 hours a day; children means children and youth under the age of 18.

ii. Contractors serving more than six children in their facility where this Child is placed must provide Continuous 24–Hour Awake Supervision.

iii. Contractor's supervision policies and procedures must consider and address the ages, needs, living arrangements, and levels of service of the children and youth placed at this facility in addition to the physical environment and layout of the facility.

a. By contract start date, the Contractor must submit their Continuous 24–Hour Awake Supervision policy and procedures to their Residential Contract Manager.

b. The Contractor will submit any subsequent policy or procedure revision within 48 hours.

iv. The Contractor must notify DFPS when this requirement is not met in the format provided by DFPS and submitted within 24 hours of the occurrence and include Contractor actions.

v. Contractor will submit a Continuous 24–Hour Awake Supervision Certification statement, in format provided by DFPS, to their Residential Contract Manager that indicates compliance with this requirement within five days of request by Residential Contract Manager.

E) Sexual Abuse Caregiver Training

i. Each caregiver and employee who provides direct care, must complete the DFPS caregiver training on recognizing and reporting child sexual abuse: A Training for Caregivers or un capacitación para cuidadores, located at https://www.dfps.state.tx.us/Training/. Training must be completed before being the only caregiver responsible for a Child in care and on an Annual basis thereafter.

ii. Documentation of Sexual Abuse Caregiver Training. Contractor must maintain a copy on file of the certification of completion, generated by the DFPS training system, for each applicable individual caregiver and employee.

iii. Sexual Abuse Caregiver Training Reporting Requirements. The Contractor will submit a cumulative report in the format provided by DFPS as requested.

## 14. Discipline and Crisis Management.
A) Discipline. The Contractor will:

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

    i. Use appropriate authority and Discipline practices demonstrating trauma focused techniques as necessary to set limits for behavior and help the Child develop the capacity for self-control; and

    ii. Develop and implement Discipline policies that are consistent with the standards set by the licensing entity of the Receiving State in which the Contractor's facility is located.

        a. The Contractor must not use, give permission to use, or threaten to use physical discipline with the Child.

        b. The Contractor must not threaten the Child with loss of visits with family or siblings as a punishment or deterrent to behavior.

        c. The Contractor must not threaten the Child with loss of placement as a punishment or deterrent to behavior.

        d. The Contractor must not use Unproductive Work as a form of punishment

B) De-Escalation and Crisis Management.  The Contractor must:

    i. Ensure that all de-escalation techniques are exhausted before utilizing more restrictive and intrusive behavior intervention or Emergency Behavior Intervention.

    ii. Ensure use of trauma informed interventions in all behavior management de-escalation and crisis management techniques;

    iii. Utilize developmentally and age appropriate de-escalation techniques that are consistent with the standards set by the licensing entity of the Receiving State in which the Contractor's facility is located, to resolve emergencies.

    iv. Manage the Facility and milieu in a manner that minimizes disruption during a crisis.

C) Emergency Behavior Intervention. Develop and implement emergency behavior intervention policies, procedures and techniques that are consistent with the standards set by the licensing entity of the Receiving State in which the Contractor's facility is located.  In addition, the Contractor will, at a minimum, ensure the following where applicable:

    i. The Child will not be subject to mechanical or chemical restraints;

    ii. Physical restraints will not exceed one hour in duration;

    iii. Seclusion will not exceed two hours in duration;

    iv. Approval for the use of emergency medications and seclusion must be by written orders through a:

        a. Licensed physician for emergency medication; or

        b. Licensed psychiatrist, psychologist, or physician for seclusions.

    v. Written orders under this Section must include:

        a. A statement that the particular type of emergency behavior intervention may only be used in an emergency situation;

        b. Designation of the specific intervention and procedure or technique that is authorized;

Confidential

D000015

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State**

Form 2282CSC
August 2021

    c.    Any specific measures for ensuring the Child's health, safety, and well-being, and the privacy of the setting that safeguards the Child's personal dignity;

    d.    A complete description of the behaviors and circumstances under which the intervention may be used;

    e.    Instructions for observation or heightened observation of the child during the intervention;

    f.    The behaviors that indicate the child is ready to be released from the intervention;

    g.    The maximum length of time the child may be restrained or secluded regardless of behaviors exhibited not to exceed 14. C) ii. and iii.;

    h.    The prescribing professional's consideration of any potential medical and/or psychiatric contraindications for the specific child, such as a history of physical or sexual abuse or victimization involving the type of intervention;

    i.    Clinical justification for the intervention; and

    j.    For emergency medication, the written order must also include instructions on how to administer the medication.

vi.  All restraints/seclusions of the Child are documented and submitted to the Caseworker and the Residential Contract Manager within 48 hours of the occurrence of the restraint and/or seclusion; and

vii. The Child will not be subject to personal restraint techniques that:

    a.    Impair the Child's breathing by putting pressure on the Child's torso, including restraints that obstruct the Child's lungs from expanding such as leaning a child forward during a seated restraint;

    b.    Obstruct the Child's airway, including procedures that place anything in, on, or over the Child's mouth, nose, or neck;

    c.    Obstruct a caregiver's ability to view the Child's face;

    d.    Interfere with the Child's ability to communicate or vocalize distress; or

    e.    Twist or place the Child's limb(s) behind the Child's back.

    f.    Result in prone and supine restraints except:

        1.    As a transitional hold that lasts no longer than one minute;

        2.    As a last resort when other less restrictive interventions have proven to be ineffective; and

        3.    When an observer trained to identify risks associated with positional, compression, or restraint asphyxia ensures the Child's breathing is not impaired.

viii. The Contractor will ensure that they conduct a regular evaluation regarding the frequency, patterns of use, and effectiveness of the types of emergency behavior intervention techniques that are used for the Child and develop specific strategies to minimize the need for emergency behavior interventions for the Child.

15.  **Educational and Vocational Activities.**

*RCC*————————————————————————————————Page 14 of 89

Confidential

D000016

# Child-Specific
## Residential Child-Care Contract
## RTC Out-of-State

Form 2282CSC
August 2021

A) School Requirements.  The Contractor will ensure that:

   i. The School-Aged Child is enrolled in a public school accredited by the education agency of the Receiving State in which the Contractor's facility is located within two  school days of placement unless an exception has been granted in writing by the Child's Caseworker or Caseworker's Chain of Command;

   ii. The Contractor will provide Placement Authorization Form (Form 2085) and Education Decision-Maker Form (Form 2085-E) to the public school accredited by the education agency of the Receiving State at the time of the Child's enrollment and at the beginning of each school year;

   iii. The Contractor will notify the Child's Caseworker of a major change in school performance or a serious disciplinary event at school within two business days of learning of the change or event.

   iv. If a Child has to withdraw from a public school accredited by the education agency of the Receiving State due to a change in placement, the Discharging Contractor must notify the public school within three school days of either providing the Discharge Notice to DFPS or receiving the Discharge Notice from DFPS, unless an exception has been granted in writing by the Child's Caseworker or Caseworker's Chain of Command;

   v. The School-Aged Child attends a school accredited by the education agency of the Receiving State in which the Contractor's facility is located or is educated in a home environment unless the Contractor has received a written exception to this requirement from the Child's Caseworker or Caseworker's Chain of Command;

   vi. If the Caregiver plans to educate the Child in a home setting, the Contractor will contact the Caseworker within 1 day of receiving notification from the Caregiver;

   vii. Written verification of the Child's enrollment to the Caseworker within five calendar days of the enrollment.

   viii. The Department may at any time, require that the Child in state conservatorship attend the local public school.

   ix. The Contractor will provide written notice to the school district in which the Facility is located, not later than the third calendar day after the date a Child is placed in a residential Facility.

   x. The Contractor will schedule therapy, visitation, and other appointments outside school hours, whenever possible.

B) Education Portfolio.  The Contractor will ensure that:

   i. The Education Portfolio is maintained and updated for the School-Age Child pre-kindergarten - grade 12, in the Contractor's care and should be kept where the Child resides.  If the Education Portfolio is not provided to the Contractor at placement, the Contractor will retain documentation of requests made to the Child's Caseworker or Caseworker's Chain of Command requesting the Education Portfolio. The contents of the Education Portfolio must, where appropriate, include:

      a. Form 2085 Placement Authorization;

Confidential

D000017

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

    b.  Form 2085-E Designation of Education Decision-Maker;

    c.  School enrollment documentation: Birth certificate, Immunizations, and withdrawal notice from the last school;

    d.  Special education documentation: Referral Forms, Admission, Review & Dismissal (ARD) team meeting notes, Individual Education Plan (IEP), documents related to Sections 504 and 508 of the Rehabilitation Act of 1973 regarding the reasonable accommodations, Full Individual Evaluation and/or other diagnostic assessments;

    e.  Report cards, progress reports, and/or IEP progress reports;

    f.  Transcripts;

    g.  Standardized test results;

    h.  Referrals, notices, notes excusing school absences, or correspondences;

    i.  Certificates of achievement; and

    j.  School pictures.

ii.  If the Contractor is designated as the Child's Education Decision-Maker, the Contractor must follow the requirements and responsibilities of the Education Decision-Maker listed in Designation of Education Decision-Maker Form (Form 2085-E) available at: http://www.dfps.state.tx.us/site_map/forms.asp;

ii.  Form 2087, Common Application for Placement of Children in Residential Child Care, and Form 2087ex, Alternative Application for Placement of Children in Residential Care are not included in the Child's Education Portfolio.

iii.  The Education Portfolio is readily available to the Department, the Child's Education Decision-Maker, and the Surrogate Parent (if applicable), on any visit with the School-Age Child or otherwise, if requested;

iv.  Report cards, Education Plans, and progress reports are discussed with the School-Age Child;

v.  The Child's Education Portfolio is provided to the Department at the time the School-Age Child is discharged from the Contractor's care regardless of whether the discharge is a planned or an Unplanned Discharge.  The Contractor must ensure the following for the Child:

    a.  The most current educational documents and records are in the Child's Education Portfolio; and

    b.  The Child's Education Portfolio includes the Child's current school withdrawal paperwork.

C)  Post-Secondary Educational, Employment and Vocational Activities.  The Contractor will:

i.  Inform, provide and facilitate access to post-secondary education, vocational or technical training programs, employment opportunities, support services and activities, including job readiness and skills training, community volunteer and internship program opportunities that are required by the Child's Plan of Service and CPS Transition Plan at 14 years of age and include youth with disabilities, ensuring information is developmentally appropriate for all Children, or as approved by the Child's Caseworker, so the Child:

    a.  Has access to community vocational and technical training programs and volunteer opportunities, workforce services, Transition Centers (where

Confidential                                                                                    D000018

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State**

Form 2282CSC
August 2021

available), and if applicable, vocational rehabilitation services for individuals with disabilities provided by the local Department of Assistive and Rehabilitative Services (if available in the area) and post-secondary education programs; and

    b.  Receives the assistance needed to maximize the benefit of these activities.

  ii.  Inform, guide and assist the Child in accessing and completing documents and applications when required and requested for employment, the College Tuition and Fee Waiver Exemption and the Education and Training Voucher (ETV) Program.

16. **Routine Recreational and Normalcy Activities**.  The Contractor will:

  A) Provide opportunities for Children to participate in community and school recreation activities such as indoor, outdoor, school, community and religious or spiritual activities for Children served under this Contract that are age or developmentally appropriate, varied, interactive with peers, and are of interest to the Child; this should include appropriate activities for youth with Primary Medical Needs, intellectual or developmental disabilities and other special medical needs or physical disabilities;

  B) Provide opportunities for Children to participate in community and school recreational activities that are age-appropriate, varied, interactive with peers, and are of interest to the Child;

  C) Ensure that the Child is participating in normal childhood activities including unsupervised activities, as much as possible, at a minimum, supervised in accordance with Service Level requirements contained in Attachment C;

  D) Use a "Reasonable and Prudent Parent Standard" to decide whether a Child may participate in an unsupervised activity;

  E) Intervene, as necessary, to reduce the risk of injuries;

  F) Ensure that the Child has input into the types of normal childhood activities in which the Child wishes to participate; and

  G) Document opportunities provided for Children in their case record, including activities declined by Children, or not approved by the Caregiver, and list the reasons.

17. **Travel**. The Contractor will provide or arrange all travel necessary to ensure the Child's access to:

  A) Behavioral Health, Medical, Dental, Vision, and Pharmacy services;

  B) Recreational, educational and after-school activities, sibling visits, family visits, court hearings, Preparation for Adult Living (PAL) activities, Aging-Out Seminars or any similar program activities in the Receiving State, Youth Leadership Council activities, Permanency Conferences, CPS Transition Plan Meetings, Family Group Conferences, Circles of Support Conferences, Transition Centers (if available in the area), youth's place of employment, other normal childhood activities; and

Confidential

D000019

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

   C)  Any other services necessary to fulfill the tasks on the Child's Plan of Service and/or the Child's Transition Plan.

18.  **Cultural Competence.** The Contractor will:
   A)  Provide the Contracted Components of Care with a high level of Individual and Organizational Cultural Competence as described in Attachment B.
   B)  Provide services and activities to the Child that addresses various cultures, races, ethnic backgrounds, and religions in a manner that recognizes and affirms the Child's worth, protects and preserves the Child's dignity, promotes and encourages the development of a Healthy Racial and Ethnic Identity, and ensures equity of service delivery.
   C)  Provide ongoing education in the form of training, workshops, and other educational opportunities to help staff and Caregivers understand the impact race, culture, and ethnic identity has on themselves and others and how they impact services to the Child and families.

19.  **Contractor Participation.** The Contractor will participate in:
   A)  Conferences required by the Department which include but are not limited to, medical, school, Family Group Conferences, Permanency Conferences, Circles of Support Conferences, CPS Transition Plan Meetings, and legal staffings;
   B)  Meetings as required by the court;
   C)  Preparation for Adult Living (PAL) activities, consistent with the Child's CPS Transition Plan if applicable.  The Contractor must obtain written prior approval from DFPS PAL Staff to utilize the PAL Life Skills Independent Study Guide for a Child in Substitute Care and in order for the Child to receive credit for completion of the guide; and
   D)  Any other meetings and activities required by the Department or a court having jurisdiction over the Child and necessary to ensure that the Contractor is complying with the Child's Plan of Service.

20.  **Maintaining Connections**.
   A)  The Contractor will make and document efforts to ensure that the Child is able to preserve desired and appropriate Connections to the Child's own cultural identity and community, including religious/spiritual, Family Members, school, friends, peers, and organizations through on-site or off-site means, and other people or groups to which a Child is bonded and which help the Child have normal interactions and experiences.
   B)  Unless expressly prohibited by the Caseworker or the Caseworker's Chain of Command, the Contractor will make and document efforts to ensure that Children are able to preserve desired connections with friends and peers. This includes allowing the Child to communicate and socialize with friends and peers.

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

    C) The Contractor will make and document efforts to gather the names and contact information for the Child's family members and potential permanency resources and provide that information to the Department, as requested.

21. **Contact with Siblings.**  The Contractor Will:
    A) Initiate personal contact between the Child and the Child's sibling(s) who is/are in foster care (including Kinship) at least one time per month in a Face-to-Face meeting if siblings are separated but within 100 miles of each other; or
    B) Initiate Personal Contact between a Child and a Child's sibling(s) who is/are in foster care by initiating twice monthly Telecommunications  if separated by more than 100 miles during which the Child and their siblings  discussion and actions are not directed by the Contractor.
    C) Exceptions to A), B) above include the following:
      i. Prohibited by court order;
      ii. Contrary to the best interest of the Children either as reflected in any of the DFPS approved Plans of Service of the Child or the Child's sibling(s), or reasons determined and documented by a DFPS Caseworker or Caseworker's Chain of Command; or
      iii. Children/Youth or sibling who refuse all Contractor attempts to initiate contact. Documentation of DFPS approval/acknowledgement is required.

22. **Providing Testimony.**  The Contractor will:
    A) Ensure that Contractor's employees and Subcontractors appear and testify in judicial proceedings, depositions and administrative hearings relating to the Child, at the request of the Department;
    B) To the extent possible, notify, and/or assist the Department in locating, past employees or Subcontractors when past employees or Subcontractors are needed to appear and testify in accordance with this Section; and
    C) Pay for costs associated with the requirements of this Section.

23. **Least Restrictive Setting.**  The Contractor will provide all services in a manner that safeguards the health, welfare, and safety of the Child in the least restrictive setting possible.

## PROGRAM REQUIREMENTS

24. **Facility Licensure.**  The Contractor will:
    A) Comply with minimum standards for licensure or certification of residential child care services adopted by the licensing authorities for the Receiving State in which the Contractor's facility is located for services provided under this Contract;
    B) Comply with all applicable Service Levels as contained in Attachment C and the Contracted Components of Care described in Sections 9-23 of this Contract; and

Confidential

D000021

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

C) Ensure that all staff providing direct services to the Child comply with State professional laws pertaining to the services provided including laws pertaining to licensure and confidentiality.

25. **Background and Criminal History Checks and Allegations of Misconduct.**
   A) Ensuring that all initial background checks, recurring checks, or any other type of checks that are required by the Receiving State's laws and regulations where the facility is located are done in a manner that is in compliance with that State's laws and regulations, including that background checks are timely submitted and completed.
   B) Contractor will comply with all Background Check requirements and standards of the applicable child welfare licensing authority of the state in which the Contractor is located. By signing this Contract, Contractor authorizes DFPS to obtain any and all criminal background check information from the licensing authority of its state that is necessary to ensure the safety and well-being of DFPS clients placed under this Contract. Upon request by DFPS, Contractor will provide DFPS with proof of compliance with its state's licensing background check requirements.
   C) If during a Federal audit there is a finding that Federal background Checks are not being performed by this Contractor as required by Federal law and these findings result in a disallowance of Title IV-E funds claimed on behalf of the Child, DFPS can require the Contractor to reimburse DFPS for such disallowances, including disallowed costs related to foster care maintenance payments, administrative costs, and interest.

26. **Departmental Right of Placement.** The Department reserves the right to place the Child only in those facilities that it believes can meet the needs of the Child. No part of this Contract may be construed to create any commitment, obligation, or any legal duty on behalf of the Department to place or continue a placement of a particular Child, any Child, or a specified number of children with the Contractor. Placement is always at the sole discretion of the Department.

27. **Removal and Discharge of Child.**
   A) The Contractor will make all reasonable attempts to meet the needs of the Child in the Contractor's care in order to prevent placement disruption. Reasonable attempts include, but are not limited to: Contractor has provided services to the Child and foster family by a therapist to prevent discharge; Contractor has utilized all STAR Health resources available through targeted case management and crisis intervention; and Intermittent Alternative Care efforts have been met.
   B) The Contractor will document in writing the Contractor's efforts, including all listed reasonable attempts stated above, and further attempts to prevent placement disruptions.
   C) The Department, as managing conservator, may remove a Child whenever the Department determines it is in the best interest of the Child.

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

D) The Contractor will provide a Form 2109 as Discharge Notice to the Caseworker, the Caseworker's Chain of Command and the Regional Placement unit for the Child's legal region at appropriate discharge mailbox specified on Form 2109 by, at a minimum, providing:

  i. Notice as soon as possible upon determining that it is no longer in the Child's best interest to remain at the Contractor's Facility, that the Contractor cannot meet the needs of the Child or under the conditions related to discharge in this Section;

  ii. In addition to the documentation required by Subsections D) and F), the reasons for the discharge and the Contractor's recommendation regarding a future placement for the child that would increase the child's opportunity to attain a stable placement within the following timeframes;

    a. For a non-emergency discharge (requiring 14 or 30 day notice), upon deciding to discharge the Child; and

    b. For an emergency discharge (requiring 24-hour notice), within 48 hours of deciding to discharge a Child.

E) The Department will remove the Child placed by the Department when notified by the Contractor that the Child poses a danger to self or others or exhibits volatile or self-injurious behaviors that are inappropriate for the program of service and requires a placement in another setting.

  i. If a physician determines that a youth poses a danger to self or others and the Child is admitted to a psychiatric hospital, the Provider immediately notifies the CPS Caseworker.

  ii. If the Provider determines that the Child cannot return to the placement after stabilization, the provider emails Form 2109 and the physician's documentation to the CPS Caseworker, CPS supervisor, and the appropriate discharge mailbox.

  iii. Children in placement with a General Residential Operation (GRO) offering Treatment Services (except Emergency Shelters) who are admitted to a psychiatric hospital must return to the GRO following stabilization and discharge from the hospital.

  iv. A Medical Consenter who is not a CPS employee may not request or consent to the admission of a Child to a psychiatric facility. In the CPS Handbook at 11611 Admission to a Mental Health Facility 11611.2 Child or Youth Requests Admission.

  v. If the Contractor provides the Caseworker, Caseworker's Chain of Command, and  the Regional Placement unit for the Child's legal region at appropriate discharge mailbox with documentation from a Psychiatrist, licensed Psychologist, physician, Licensed Clinical Social Worker or Licensed Professional Counselor or equivalent licensed mental health professional from the Receiving State, showing that the Child consistently exhibits behavior that cannot be managed within licensed Programmatic Services, the Department will remove the Child within 14 calendar days.  The Department will immediately communicate with the Contractor and staff the Child's

Confidential

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

circumstances to determine a plan for moving the Child to ensure the Child's safety and that of others.

F) If the Child is placed in jail or juvenile detention facility, within 24 hours the Contractor will:

    i.  Notify the CPS Caseworker and CPS supervisor of the arrest and identify the whereabouts of the Child. The written notification must state if the provider will accept the Child back into placement upon release from a locked facility, jail or juvenile detention.;

    ii.  DFPS will reimburse Contractor for up to 14 days of foster care to hold the Child's bed if the Child is in a locked facility, jail or juvenile detention center. These Foster Care Maintenance Payments during a Child's absence will only be made if each of the following conditions are met:

        a.  The Contractor plans to accept the Child back to the same placement at the end of the absence;

        b.  The Contractor is having frequent Face-to-Face contact with the Child on a regular basis as allowed;

        c.  The Contractor is actively engaged in communicating with the facility care team regarding the Child's progress and discharge plan

G) If the Contractor provides other documentation to the Caseworker, Caseworker's Chain of Command, and the Regional Placement unit for the Child's legal region at appropriate discharge mailbox that it is no longer in the Child's best interest to remain at the Contractor's Facility, or that the Contractor cannot meet the needs of the Child, the Department will remove the Child within 30 calendar days. This documentation must be signed by the Contractor's Executive Director, Licensed Child-Care Administrator, or designated employee, other than the Contractor's Case Manager. The Department will immediately communicate with the Contractor and staff the Child's circumstances to determine a plan for moving the Child to ensure the Child's safety and best interests and those of others.  The Department will remove the Child as quickly as is necessary.  The Department may immediately remove the Child.

H) The Contractor will not discharge the Child placed by the Department in any manner except as stated above.

I) Not later than 30 calendar days after the Contract is executed, the Contractor must notify the Department's Residential Contract Manager in writing of the Contractor's designated employee(s) who may approve discharges as described in this Section.

J) The Contractor will provide to the Caseworker or Caseworker's designee the following information for each discharge:

    i.  Upon the effective date of the discharge, the completed Placement Summary (Form 2279) and items that belong to the Child as referenced in Form 2279;

    ii.  Within 15 calendar days after the discharge, the Child's:

        a.  Discharge summary;

        b.  Updates to the Child's Education Portfolio; and

        c.  Any other information or items that belong to the Child that were not provided to the Department at the time of discharge.

Confidential

D000024

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

28. **Use of Department Forms.**

A) Placements.  The Contractor will accept the Child for placement by the Department only after receiving completed Form 2085-FC, Form 2085-B, 2085-C and/or 2085-D as appropriate.

B) The Department will make available to the Contractor, Form 2279, to be completed by the Contractor at discharge.

C) Use of Forms at Admission.  At the time of admission, the Caseworker will provide the Caregiver and the Child a copy of the CPS Rights of Children and Youth in Foster Care.

   i. The Caseworker will review the CPS Rights of Children and Youth in Foster Care with the Child and Caregiver.

   ii. The Caregiver will review the CPS Rights of Children and Youth in Foster Care with the Child, upon request, and explain the CPS Rights of Children and Youth in Foster Care, if appropriate.

   iii. The Caregiver will provide a copy of the CPS Rights of Children and Youth in Foster Care to the Child upon request.

   iv. The Child and Caregiver will sign and date the CPS Rights of Children and Youth in Foster Care.

   v. Upon receipt from the Caseworker, the Contractor will maintain a copy of the signed CPS Rights of Children and Youth in Foster Care in the Child's record.

D) Within 72 hours of admission, the Caregiver will review the foster home or placement's rules and expectations with the Child.

E) Disclosure of Medical Information. The Department's amended forms 2085-FC, 2085-B, 2085-C, and 2085-D are intended to enable Contractor to obtain and disclose health information on the Child when it is necessary while still complying with the federal Health Insurance Portability and Accountability Act of 1996 (HIPAA).  If circumstances arise where it is not possible for Contractor to do so, Contractor should work with the Caseworker, Chain of Command, and the DFPS Residential Contract Manager to obtain such additional permissions as are necessary.

F) Medical Consent.

   i. The Medical Consenter is authorized to access, receive, and review all the Child's medical records.  Furthermore, the Medical Consenter may obtain free copies or authorize the release of the Child's medical records to the extent necessary to obtain services for the Child.

   ii. The Contractor will advise Children ages 16 and 17 years of age of their right to request the court to authorize them as their own Medical Consenter under Texas Family Code §266.010.

   iii. The Contractor will ensure the completion of the DFPS computer-based training on Medical Consent relating to Informed Consent located at: http://www.dfps.state.tx.us/Child_Protection/Medical_Services/medical-consent.asp in the following manner:

      a. For each Child ages 16 and 17 years of age who has been designated by the court as their own Medical Consenter;

Confidential

D000025

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

    1. Within seven days of the court's designation; or

    2. If the Child has a non-emergency appointment with the Child's Health or Behavioral Healthcare Contractor within those seven days but prior to such appointment and submit the completed Acknowledgment and Certificate of Completion of Medical Consent Training (Form 2759) to the Caseworker, within five days of completion; and

  b. For each Child, within 120 days prior to their 18th birthday, and submit the completed Acknowledge and Certificate of Completion of Medical Consent Training (Form 2759) to the Caseworker, within five days of completion;

  iv. Follow the requirements and responsibilities of the Medical Consenter listed in Designation of Medical Consenter Form (Form 2085-B) located at: http://www.dfps.state.tx.us/PCS/Residential_Contracts/medical_forms.asp

G) CPS Transition Plan. The Contractor will coordinate with CPS for Children 14 years of age and older regarding:

  i. The use of the CPS Transition Plan, Form 2500, as appropriate, at http://www.dfps.state.tx.us/Application/Forms/showFile.aspx?Name=2500.doc ;

  ii. The maintenance of a copy of the Child's Voluntary Extended Foster Care Agreement Form 2540 in the Child's Record (Ages 18 up to age 21 or 22);

  iii. The provision of information available at http://www.dfps.state.tx.us/Child_Protection/Youth_and_Young_Adults/Transitional_Living/ related to:

    a. Aftercare services, benefits and Contractor contacts;

    b. Education Supports, Services, and Benefits;

    c. Extended Care and Return for Extended Foster Care information;

    d. Preparation for Adult Living (PAL) services;

    e. Texas Foster Care Handbook for Youth;

    f. Former Foster Care Children (FFCC) Health Care Program or other Medicaid Programs, if available;

    g. Information related to the Child's Special Immigrant Juvenile Status, if applicable; and

    h. Other region-specific services available.

  iv. The provision of information about Transition Centers (which serve as central locations for transition services) available under the "contacts link" at: http://www.dfps.state.tx.us/txyouth/default.asp; and

  v. The Contractor will support and facilitate computer access required for job search activities, career research, Texas Youth Connection and approved social media.

29. **Approval for Overnight Travel and Visits.**

  A) The Contractor will develop and maintain a written policy regarding overnight travel and overnight visits.

  B) When the Contractor wishes to take the Child in the Department's conservatorship outside the Receiving State, the Contractor must obtain prior written approval for the Child's travel.

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

C) If the travel is within the Receiving State and for more than three calendar days (72 consecutive hours); the Contractor must obtain prior written approval from the  Caseworker or Caseworker's Chain of Command.

D) Prior to allowing any visit to the home of a non-related person for a period of time exceeding 48 consecutive hours, the Contractor must obtain written approval from the  Caseworker or Caseworker's Chain of Command.

E) Written approval for travel and visits is not required when:
   i. The Caseworker arranges for the Child to visit with members of the Child's own family or relatives;
   ii. The Caseworker authorizes the Child to travel in specified circumstances (usually routine trips or visits); or
   iii. The Child is participating in normal childhood activities.

F) When the Contractor desires to take the Child outside of the country, the Contractor will follow Department policies and procedures including the completion of Form 2069, Caregiver Declaration Regarding Out-of-Country Travel.

30. **Written Approvals.**  Prior to requesting Department staff to sign Contractor-developed forms, the Contractor must receive written approval from the Residential Contract Manager indicating legal approval of such forms by the Department.

31. **Disaster and Emergency Response Plan.**
   A) The Contractor must maintain at all times a written disaster and emergency response plan, policies and procedures to address internal and external emergencies and disasters that include, but are not limited to acts of nature such as flood, hurricane, fires, and tornadoes, chemical or hazardous material spills, critical equipment failure, weapons of mass destruction events, and acts of terrorism.

   B) In the event of an emergency requiring evacuation or quarantine, the Contractor will be responsible for maintaining the safety and placement of the Child in its care.  All staff and Subcontractors of the Contractor must be aware of the disaster plan requirements and be prepared to fulfill their role in executing the plan.

   C) The disaster and emergency response plan and procedures must address the following:
      i. Mandatory evacuation if directed by local officials;
      ii. Emergency evacuation;
      iii. Emergency response;
      iv. Disaster planning training for all staff and Caregivers;
      v. Arrangements for adequate provision of:
         a. Staffing;
         b. Shelter;
         c. Food;
         d. Transportation;
         e. Medication;

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

    f.  Supplies;

    g.  Emergency Equipment;

    h.  Emergency Services; and

    i.  Medically necessary equipment and supplies, or access to these items for the Child during an emergency.

vi. Contact information for the Caseworker and the Caseworker's supervisor;

vii. Identification, location and tracking of the Child;

viii. Protection and/or recovery of the Child's records and important paperwork, including but not limited to electronic records, placement information, medical authorizations, Medicaid cards, and Education Portfolio);

ix. The provision of regular and crisis-response services to the Child during and after a disaster, including:

    a.  Methods for ensuring that services such as, but not limited to, crisis counseling are provided to meet the crisis-related needs of the Child in care during and after the disaster;

    b.  Methods for ensuring that medical services are provided to the Child throughout the disaster. Such services include, but are not limited to, providing the Child with medication as prescribed (including insulin and asthma-related treatments), emergency care, and Medical Care for the Child with Primary Medical Needs; and

    c.  Plans for maintaining the services, as required by a court order and/or the Child's Service Plan, for the Child in care after the disaster;

x. Communication with DFPS and CPS, including:

    a.  Identifying (name, telephone numbers) two emergency contacts designated by the Contractor who will be available to DFPS at all times in the event of an emergency or disaster;

    b.  Contacting CPS to provide information on the location and condition of the Child in care who has been evacuated as soon as the Child reaches her evacuation destination by contacting CPS through one of the following methods:

        1.  During times when mass evacuation of part of Texas is anticipated, DFPS will enable an online reporting feature on the DFPS public website at http://www.dfps.state.tx.us.

        2.  In situations when DFPS has enabled this online reporting feature and the Contractor has access to the Internet, the Contractor should use this method to make the evacuation notification; and

        3.  In situations where the online reporting feature is not enabled or if the Contractor does not have access to the Internet, the evacuation notification can be made by calling the DFPS abuse/neglect hotline at 1-800-252-5400.

xi. Post-disaster activities (including emergency power, food, water, and transportation);

xii. Plans for return after an evacuation; and

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

xiii. Methods to ensure the disaster plan remains current and is reviewed at least every two years and when changes in administration, construction, or emergency phone numbers occur.

32. **Access to Children.**  The Contractor will, at all times, permit access to the Child placed by the Department in the care of the Contractor to the Department, its employees, its designees and its third-party contractor for the Texas Service Level System and its employees, and properly identified individuals appointed by a court of competent jurisdiction (Volunteer or Court Appointed Special Advocates (CASA), guardian ad litem, and attorneys ad litem). The Contractor will ensure this access allows the Department to visit with the Child privately, without any Caregivers or staff present, and that during this time the Child is not monitored by an open intercom, video, or other monitoring system.
   A) The Department will exercise this right in a reasonable manner and attempt to plan and coordinate such visits in cooperation with the Contractor and in a manner that minimizes disruption of the care of the Child placed with the Contractor.
   B) This Section will not be construed to prohibit the Department or its designees, from making unannounced visits to the Contractor's facilities.

33. **National Youth in Transition Database (NYTD).**
   The Contractor will assist Children and support the necessary activities, including on-going computer access for Children selected during a certain reporting period (October 1 to March 31 or April 1 to September 30) to take the NYTD survey at age 17, 19 or 21 to:
   A) Maintain contact with regional PAL Staff to determine if a Child has been selected to take the survey. PAL Staff contact information can be found on the Texas Youth Connection website at: www.texasyouthconnection.org;
   B) Register with NYTD on the Texas Youth Connection website at: www.texasyouthconnection.org;
   C) Maintain an email address to receive NYTD updates;
   D) Enter NYTD contact updates to the Texas Youth Connection website at: www.texasyouthconnection.org; and
   E) Complete the NYTD survey within the required timeframe as specified on the Texas Youth Connection website at: www.texasyouthconnection.org.

## FINANCIAL REQUIREMENTS

34. **Per Diem Rates.**
   A) The Per Diem rate for this Child specific Contract is **$520.00** per day of placement for the following Child, ███████████████████████  The Department will maintain this reimbursement rate for this Child for the duration of the Child's placement under this contract. The Parties agree that the services provided for in Attachment E are also included in the per diem rate.

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

B) Invoice must be submitted to the following address by the fifth working day of the following month.

TDFPS

Attention Yvonne Stewart, Regional Bookkeeping Supervisor

Mail Code: 108-1

2520 S. Veterans Blvd

Edinburg, TX 78539

E-mail: Yvonne.Stewart@dfps.texas.gov

Phone: (956) 316-8128

C) In compliance with Chapter 2251 of the Texas Government Code, the Contractor will make any payments owed to Subcontractors within 10 business days of the Contractor's receipt of applicable funds from the Department.

35. **Conditions of Payment**.  DFPS will authorize payments to be made to the Contractor after deducting any known previous overpayment made by the Department to the Contractor.  The Department is not obligated to pay for unauthorized services or to pay more than is consistent with federal and State regulations.

A) The Contractor will be compensated only once for Residential Child-Care Services delivered under this Contract.  The Contractor will not bill for or retain any additional compensation for such services from the Department or any other entity.

B) The Contractor will not be reimbursed for vandalism or damage caused by deliberate acts of destruction by the Child placed with the Contractor.

C) The Department will pay for the calendar day of placement, but not for the calendar day of discharge.  If the Child is discharged on the day of placement, the Contractor will not be reimbursed for that day.

D) If the Child is away from the Contractor's Facility without prior authorization, and if the Caseworker or the Caseworker's supervisors and Contractor agree in writing that the Child should return to the Facility, then the Contractor may keep the placement open for the Child.  Reimbursement for reserve bed days will be permitted in accordance with 40 TAC §700.323 and the policies established by the Department (http://www.dfps.state.tx.us/Handbooks/default.asp) now incorporated by this reference.

E) The Department will give the Contractor notice in writing at least 30 calendar days prior to the effective date of any change in policy or procedure, which affects payments to the Contractor.

F) Contractors must seek payment or adjustment to payments in accordance with the time limit specified in 45 CFR 95.1 (Code of Federal Regulations).  This subpart establishes a two-year (eight quarter) time limit for a State to claim Federal Financial Participation (FFP) in expenditures under State plans approved under Title IV-E and TANF.  Any bill or amended bill, which is submitted to DFPS

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

later than seven quarters after the end of the quarter of the expense, will not be processed unless DFPS determines that submission for payment of the bill to the federal government can be executed in a proper and timely fashion.

36. **Contractor Payments/Refunds to the Department.**  The Contractor will:
   A) Be responsible for any Monitoring/audit exception or other payment irregularity regarding this Contract or subcontract; and
   B) Be responsible for the timely and proper collection and reimbursement to the Department of any amount paid in excess of the proper payment amount within 90 days of when it has been determined that an overpayment has been made to the Contractor.

37. **Accounting Records.**   The Contractor agrees to maintain all financial and statistical information using the accrual method of accounting. The Contractor's treatment of accounting records must reflect the application of Generally Accepted Accounting Principles (GAAP) approved by the American Institute of Certified Public Accountants (AICPA).

38. **Insurance.**
   A) The Contractor will provide insurance for direct delivery of services under this Contract.  The Contractor will obtain a Certificate of Insurance with the following bonding and insurance coverage at the time of the Contract execution and at such other times as may be specified by the Department.  The required coverages are:

| Insurance/Bond Coverage | General Residential Operations (GRO) | |
|---|---|---|
| **Commercial General Liability** | 1M Per Occurrence | 2M Aggregate |
| **Professional Liability** | 1M Per Occurrence | 2M Aggregate |
| **Crime Policy** <br><br> ●3rd Party Endorsement | 50K | |
| | 1M | |

Confidential

D000031

Texas Dept of Family
and Protective Services

**Child-Specific**
**Residential Child-Care Contract**
**RTC Out-of-State**

Form 2282CSC
August 2021

| | |
|---|---|
| **Business Automobile Liability**<br><br>●Owned Endorsement<br>●Hired Endorsement<br>●Non-owned Auto | |

B) When an equivalent insurance coverage is submitted to satisfy the DFPS minimum insurance requirements, the Contractor's insurance representative must submit written verification of the equivalency for the required DFPS minimum insurance coverage. DFPS Certificate of Insurance (Form 4736), can be an accepted form of written verification of insurance equivalency. DFPS reserves sole discretion to determine whether a document provided to DFPS meets the current minimum insurance requirements, coverage and/or limits.

C) If the coverage will be provided through a Self-Insurance Plan, then the plan submitted will cover any losses to the same manner as provided for in the more commonly seen insurance policy.

D) The Contractor will immediately provide written notice to DFPS of any material changes to any document submitted under this Subsection; such notification also includes cancellation of coverage before the expiration date (i.e., end of policy period) of the applicable document.

E) The Contractor will provide any required documents under this Subsection without expense or delay to DFPS.

F) The Contractor will purchase coverage with insurance companies or carriers rated for financial purposes "B" or higher whose policies cover risks located in the State.  All bonds, policies, and coverage will be maintained during the entire term of the Contract.

G) DFPS reserves sole discretion to determine whether a document provided to DFPS meets the current minimum insurance requirements, coverage and/or limits.

39. **Taxes.**
DFPS is not responsible for any state, local, or federal taxes. The Contractor must comply with all federal (including but not limited to payroll taxes), state and local tax laws.

## ADMINISTRATIVE

40. **Applicable Statutes, Regulations, Policies and Procedures.**
A) The Contractor must comply with all laws, regulations, requirements and guidelines applicable to a Contractor providing services to the State as these

Confidential

D000032

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

laws, regulations, requirements and guidelines currently exist and as they are amended throughout the term of this Contract.

B) In maintaining financial records, the Contractor will remain in compliance with 48 CFR 31 as applicable, Office of Management and Budget (OMB) Circulars A-21, A-87, A-102, A-110, and A-122, OMB Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, and 1 TAC 355, Subchapter H, as applicable. http://www.ecfr.gov/cgi-bin/text-idx?tpl=/ecfrbrowse/Title48/48cfr31_main_02.tpl and https://www.whitehouse.gov/omb/circulars_default

C) Contractor will comply with all applicable Receiving State and federal statutes and rules in effect at the time such services are rendered, including the following:

   i.  Federal Financial Participation (FFP) requirements in accordance with Titles 45 and 48 of the CFR and federal circulars, as amended;

   ii.  State and federal anti-discrimination laws, including without limitation:

      a.  Title VI of the Civil Rights Act of 1964 (42 USC §2000d *et seq.*);

      b.  Sections 504 and 508 of the Rehabilitation Act of 1973 (29 U.S.C. § 794): this Contract may be subject to HHS EIR Accessibility Requirements. If Contract must comply with HHS EIR Accessibility Requirements, Contractor must follow the terms and conditions at: http://www.dfps.state.tx.us/policies/accessibility.asp;

      c.  Americans with Disabilities Act of 1990 (42 USC §12101 *et seq.*);

      d.  Age Discrimination Act of 1975 (42 USC §§6101-6107);

      e.  Title IX of the Education Amendments of 1972 (20 USC §§1681-1688);

      f.  Food Stamp Act of 1977 (7 USC §2011 *et seq.*); and

      g.  The HHS agency's administrative rules, as set forth in TAC, to the extent applicable to this Agreement.

         1.  The Contractor agrees to comply with all amendments to the above-referenced laws, and all requirements imposed by the regulations issued pursuant to these laws. These laws provide in part that no persons in the United States may, on the grounds of race, color, national origin, sex, age, disability, political beliefs, or religion, be excluded from participation in or denied any aid, care, service or other benefits provided by federal or State funding, or otherwise be subjected to discrimination.

         2.  The Contractor agrees to comply with Title VI of the Civil Rights Act of 1964, and its implementing regulations at 45 CFR Part 80 or 7 CFR Part 15, prohibiting a contractor from adopting and implementing policies and procedures that exclude or have the effect of excluding or limiting the participation of children in its programs, benefits, or activities on the basis of national origin. Applicable State and federal civil rights laws require contractors to provide alternative methods for ensuring access to services for applicants and recipients who cannot express themselves fluently in English. The Contractor agrees to ensure that its policies do not have the effect of excluding or limiting

Confidential

D000033

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

the participation of persons in its programs, benefits, and activities on the basis of national origin.  The Contractor also agrees to take reasonable steps to provide services and information, both orally and in writing, in appropriate languages other than English, in order to ensure that persons with limited English proficiency are effectively informed and can have meaningful access to programs, benefits, and activities.

3. The Contractor agrees to comply with Executive Order 13279, and its implementing regulations at 45 CFR Part 87 or 7 CFR Part 16.  These provide in part that any organization that participates in programs funded by direct financial assistance from the United States Department of Agriculture or the United States Department of Health and Human Services will not, in providing services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion or religious belief.

4. Upon request, the Contractor will provide HHSC Civil Rights Office with copies of all of the Contractor's civil rights policies and procedures.

5. The Contractor must notify HHSC's Civil Rights Office of any civil rights complaints received relating to its performance under this Agreement.  This notice must be delivered no more than 10 calendar days after receipt of a complaint.  Notice provided pursuant to this Section must be directed to:

HHSC Civil Rights Office
701 W. 51st Street, Mail Code W206
Austin, Texas  78751
Phone Toll Free (888) 388-6332
Phone: (512) 438-4313
TTY Toll Free: (877) 432-7232

iii. Texas Health and Safety Code §85.115 and 25 TAC Chapter 97, Subchapter F relating to workplace and comply with confidentiality guidelines regarding AIDS and HIV;

iv. Immigration Reform and Control Act of 1986 and any subsequent immigration laws related to employment verification and retention of verification forms for any individuals performing any labor or services under this Contract; including The Immigration Act of 1990 and The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") enacted on September 30, 1996;

v. All State and federal licensing and certification requirements, health and safety standards, and regulations prescribed by the United States Department of Health and Human Services Department;

vi. All applicable standards, orders or regulations issues pursuant to the Clean Air Act (42 USC 7401 et seq.) and the Federal Water Pollution Control Act as amended (33 USC 1251 et seq.);

Confidential

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State**

Form 2282CSC
August 2021

vii. Mandatory standards and policies relating to energy efficiency which are contained in the State energy conservation plan issued in compliance with the Energy Policy and Conservation Act (Public Law 94-163); and

viii. Standards and requirements concerning deinstitutionalization of children found at 42 USC §675(5)(A).

D) The Contractor will provide a drug-free workplace within the meaning of the Federal Drug-Free Workplace Act (41 USC §702 et seq.).

E) The Contractor will comply with the Fair Labor Standards Act (FLSA) (29 USC §201 *et seq.*) regarding minimum wages, overtime pay, recordkeeping, and child labor.

F) The Contractor will not use any funding under this Contract to influence the outcome of elections or the passage or defeat of any legislative measures.

41. **Retention, Access and Confidentiality of Records.**

A) The Contractor agrees to maintain comprehensive and legible records of all actions performed by any Contractor's personnel furnishing services under this Contract. The Contractor will maintain financial, programmatic, and supporting documents, statistical records, documentation to support performance measures, and other records pertinent to claims submitted and/or services delivered during the Contract Period for a minimum ofseven years after the termination of the Contract Period. The Contractor will allow the Department to inspect and copy any and all such records upon request of the Department. If any litigation, claim, or Monitoring/audit involving these records begins before the five year period expires, the Contractor will keep the records and documents for not less than five years and until all litigation, claims, or Monitoring/audit findings are resolved. A case is considered resolved when a final order is issued in litigation and the order cannot be appealed, or a written agreement resolving all issues is entered into between the Department and the Contractor. **THE CONTRACTOR MUST NOT DISPOSE OF RECORDS BEFORE PROVIDING THE DEPARTMENT'S RESIDENTIAL CONTRACT MANAGER WRITTEN NOTICE OF ITS INTENT TO DISPOSE OF RECORDS AND RECEIVING WRITTEN APPROVAL FROM THE DEPARTMENT'S RESIDENTIAL CONTRACT MANAGER.**

B) The Contractor will provide any and all records and information concerning the Child to the Department upon verbal request in emergency situations. Upon verbal request from DFPS, the Contractor must submit legible records and information within the Department's specified timeframe. Emergency requests for records can include, but are not limited, need to review the Child's Service Level in order to make a placement change, court ordered requests, or attorney requests.

C) The Contractor will provide any and all records and information concerning the Child to the Department upon written request. The Contractor must forward legible records and information to the Department within 14 calendar days of receipt of request.

D) All records received by or created by the Contractor and identifiable to the Child referred by the Department are confidential and may be disclosed to third parties

Confidential

D000035

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

only with the prior written consent of the Department or within the scope of consents permitted by the medical consenter. The Contractor will take reasonable measures to secure confidential records and prevent the destruction and/or disclosure of such records. In the event Contractor receives any request or demand for disclosure of confidential records by oral questions, documents subpoenas, civil investigative demand, interrogatories requests for information or other similar legal process, the Contractor will provide the Department with prompt notice of such request so that the Department may seek an appropriate protective order and/or consent to Contractor's disclosure of the requested records.

E) The Contractor will establish a method to ensure the confidentiality of records and other information relating to the Child according to applicable federal and State law, rules and regulations. The Department will have an absolute right of access to, and copies of, Child case records or other information relating to the Child served under this Contract.

F) The provisions of this Section will remain in full force and effect following termination of or cessation of the services performed under the terms of this Contract.

G) The Contractor may release or otherwise use a photo or image of a Child under the following circumstances:

    i.   Before the Contractor may release or otherwise use a photo or image of a Child, the following conditions must occur:

        a.   It is in the best interest of the Child, poses no threat to the Child's health or safety, and the use is not for any commercial use, publicity, pecuniary benefit, or similar gain for the Contractor or any other party;

        b.   No reference is made to the fact the Child is in the conservatorship of DFPS, and the use does not stigmatize the Child in any way; and

        c.   The Child, if old enough and developmentally able to read and write, approves of the release or use.

    ii.   The Contractor is not required to receive prior written permission from the Caseworker or Caseworker's Chain of Command in the following situations:

        a.   The photo or image is released or otherwise used by the Child or Caregiver to the Child's friends or to the Caregiver's friends or family, including but not limited to school pictures traded with peers or a family photo sent in a holiday card;

        b.   The photo or image is released by the Child or Caregiver to the Child's biological family; or

        c.   The photo or image is used as a normal part of a school or extracurricular activity, including but not limited to photos published in the school yearbook or a church newsletter, photos of Honor Roll students published in the local newspaper, a group photo of a scout troop distributed to all the troop members and posted on a community youth center bulletin board, photos of the sports team posted in a school showcase, or other similar publication.

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

    iii.   Any other release or use of photo or images of a Child, must be approved in writing by the Caseworker or Caseworker's Chain of Command.

H) The Contractor will not provide the Common Application for Placement of Children in Residential Child Care (Form 2087), or the Alternative Application for Placement of Children in Residential Care (Form 2087ex) to a Public School and will ensure that documents and information in the Education Portfolio are kept confidential and only shared with school personnel as necessary to facilitate school activities.

42. **Notifications.** The Contractor must:

A) Maintain at all times at least one active electronic mail (email) address for the receipt of contract-related communications from the Department.  It is the Contractor's responsibility to monitor this email address for Contract-related information. The Contractor will contact the Residential Contract Manager and the Residential Contract Mailbox (Residential_Contracts@dfps.state.tx.us ) with any updated email address within five calendar days of the change;

B) The Contractor must comply with:

    i.   Texas Family Code Sections §264.018, Required Notifications; and

    ii.   Texas Family Code Sections §700.1351, §700.1353, and §700.1355, Significant Events.

    iii.   The Contractor will submit Form 2109 to provide Discharge Notice by email to the Caseworker, Caseworker's Chain of Command, and the Regional Placement unit for the Child's legal region at appropriate discharge mailbox specified on Form 2109 required by  Section 27 of this contract as soon as possible upon deciding to  discharge the Child placed by the Department;

    iv.   Notify the Caseworker, Caseworker's Chain of Command, and the Regional Placement unit for the Child's legal region at appropriate discharge mailbox specified on Form 2109 within 24 hours after the Contractor determines that the Child placed by the Department with the Contractor is a danger to self or others and requires a placement in another setting, or has been incarcerated or placed in juvenile detention;

    v.   Notify the Caseworker, Caseworker's Chain of Command, and the Regional Placement unit for the Child's legal region at appropriate discharge mailbox specified on Form 2109 within 24 hours, when the Contractor knows that the Child placed by the Department and in the Contractor's care requires hospitalization;

    vi.   Notify the Caseworker and Caseworker's Chain of Command of any Serious Incident, including but not limited to, run away, death, and abuse (including child on child physical and/or sexual abuse), neglect, and/or exploitation of the Child within the timeframe as provided below. The  will reportPRovider serious incidents to the:

        a.   Department's Statewide Intake at 1-800-252-5400 or report online at https://www.txabusehotline.org; and

Confidential

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

      b.   Department's Interstate Compact for Placement of Children (ICPC) by email at ICPCHS@dfps.texas.gov.

vii.   In addition to the notifications listed above in this Subsection, the Contractor must notify the Caseworker and Caseworker's Chain of Command of the following Serious Incidents:

      a.   A critical injury or illness that warrants treatment by a medical professional as soon as possible, but no later than 24 hours after the incident or occurrence;

      b.   A suicide attempt by the Child as soon as the Contractor becomes aware of the incident;

      c.   Allegations of abuse, neglect, or exploitation of the Child; or any incident where there are indications that the Child in care may have been abused, neglected, or exploited as soon as the Contractor becomes aware of it;

      d.   The Child is indicted, charged, or arrested for a crime as soon as possible, no later than 24 hours after the Contractor becomes aware of it;

      e.   A Child developmentally or chronologically under 6 years old is absent from the Contractor's facility and cannot be located, including the removal of the Child by an unauthorized person within two hours of determining the Child is absent;

      f.   A Child developmentally or chronologically 6 to 12 years old is absent from the Contractor's facility and cannot be located, including the removal of the child by an unauthorized person within two hours of determining the Child is absent;

      g.   A Child 13 years old or older is absent from the Contractor's facility and cannot be located no later than 24 hours from when the Child's absence is discovered and the Child is still missing; and

      h.   The Child in your care contracts a communicable disease that the law requires you to report to the state agency in the state in which the Contractor's facility is located, (relating to control of communicable diseases) as soon as possible, but no later than 24 hours after the Contractor becomes aware of the communicable disease.

viii.   Notify the Department's assigned Residential Contract Manager (RCM) within two days of any of the following Serious Incidents:

ix.   Any incident that renders all or part of your operation unsafe or unsanitary for the Child, such as a fire or a flood;

x.   A disaster or emergency that requires your facility to close;

xi.   An adult who has contact with the Child contracts a communicable disease that the law requires the Contractor to report to the state agency in the state in which the Contractor's facility is located, relating to the control of communicable diseases; and

xii.   An investigation of abuse or neglect by an entity of an employee, professional level service Contractor, volunteer, or other adult at the operation.

Confidential

D000038

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

xiii.    Notify the Residential Contract Manager within 10 calendar days, of any significant changes affecting the Contractor's residential child care program, including, without limitation:  the addition, replacement, or termination of the Administrator or Board President; any change in ownership of the facility; a change in the Contractor's status as a for-profit or non-profit entity; any change to the Contractor's admissions policy, and significant changes to the scope and coverage of the services to be provided by the Contractor or subcontractor under this Contract;

xiv.    Notify the Residential Contract Manager within 48 hours of an identified breach of confidentiality of the Child's information;

xv.    Notify the school where Child is enrolled, the same day of any change under this Section of the contract that will affect the Child's attendance at school and, where possible the length of time the Child may be absent.

xvi.    Notify in writing the Child's Caseworker or Caseworker's Chain of Command, within three business days of the date that the Contractor initially receives notices of the following meeting(s) related to the Child:
   a. Upcoming ARD team meetings; and
   b. Any meetings regarding student disciplinary actions that may lead to in-school or out-of school suspension, expulsion, or placement at an alternative education setting;

xvii.    Notify the Residential Contract Manager in writing within 10 calendar days if the Contractor receives a formal complaint or lawsuit filed against it regarding noncompliance with any statutes or regulations;

xviii.    Notify in writing the Child's Caseworker and Caseworker's Chain of Command within 48 hours when a Voluntary Extended Foster Care Agreement signed by the Child has not been completed within 10 calendar days prior to the Child's 18th birthday or a Voluntary Extended Foster Care Agreement has not been received for a Child 18 to 22 years of age participating in Extended Foster Care.  Efforts made to obtain copy of the signed agreement should be documented in the Child's record;

xix.    Notify the  Caseworker or Caseworker's Chain of Command within 30 calendar days when a Child 18 to 22 years of age is not participating in school, work or other activity which qualifies the Child for Extended Foster Care or Return for Extended Foster Care; and

xx.    Notify a Child's Caseworker and Caseworker's Chain of Command when a Child is 16 years of age or older, if at the time of updating the Child's Service Plan, the Contractor is not aware of a plan for the Child to enroll in or receive PAL Life Skills training classes.

xxi.    Notify the Residential Contract Manager of contract termination within five days of the Child's discharge.

C)  Except as otherwise provided for in this Contract, DFPS will:
   i.    Not be required to provide notice for removal when court ordered, when there is an immediate threat to the health, safety or well-being of the Child, after Contractor provides notice or requests removal under Section 27. However, when the Department determines the removal to be in the Child's

Confidential

D000039

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

best interest, they will make every effort to afford the Child and Contractor reasonable notice;

   ii. Keep the Contractor informed of any significant changes in the Child's circumstances in a timely manner including legal status, family situation, and factors related to the Child's permanency goal; and

   iii. Notify the Contractor when it knows that funds for this Contract will be reduced or eliminated as referenced in Section 51 of this Contract.

D) Notifications Related to the Child.

   i. DFPS will provide the child's placement a completed Placement Summary (Form K-908-2279) and its Attachment A - Child Sexual History Report, which provides any history of sexual victimization or sexual aggression for this Child upon placement. When a history of sexual aggression, behaviors, or victimization is identified after placement, DFPS will provide an updated Attachment A to this Child's placement to ensure that the placement addresses thi Child's safety, any therapeutic needs, and other children's safety. Contractors must ensure that their placement policy or other applicable operating policy reflects the requirements described in this section.

   ii. Required Initial Signatures.  At the time of placement, and then the Attachment A is updated, this Child's placement administrator must inform all caregivers if this Child has a history of sexual aggression, behaviors, or victimization as provided for in Attachment A.   Provider must have a written process to provide notice to a temporary placement (psychiatric or medical hospital, juvenile detention facility, respite care, etc.) of any associated child sexual aggression, behaviors, or victimization noted in Attachment A. The Administrator and Case Manager for the child must ensure that any temporary placement is provided the information and that proof in the form of a signed DFPS certification form is obtained from the temporary caregiver(s). The placement administrator will maintain copies of the certification form for each child and provide such to DFPS upon request. .

   iii. Subsequent Certification by Caregivers.  At the time of placement, and when the Attachment A is updated, this Child's placement administrator must inform all caregivers if this Child has a history of sexual aggression, behaviors, or victimization as provided for in Attachment A.

43. **Reporting.**  The Contractor will accurately complete financial reports, Contract Monitoring surveys, and any other reports required or requested by the Department and provide a copy to the Department within time frames specified by the Department.

44. **Authority of Department Staff.**

   A)   Department staff are not authorized to sign non-DFPS forms or documents unless  such have received prior  approval by an attorney for the Department. The Department is not bound when staff sign such unauthorized staff forms or documents.  The Department is not bound by any unauthorized verbal agreements that are purported to have been made by Department staff.

Confidential

Texas Dept of Family
and Protective Services

Form 2282CSC
August 2021

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

    B)    Department staff are permitted to sign the written service plan; documents as witnesses; and documents acknowledging receipt of information or documents from the Contractor.

45. **Notices of Department Funding.** The Contractor must place notices acknowledging the funding it receives from the Department in all of its literature and information published on its website that describes services provided under this Contract, in the same font size as the majority of the other descriptive material. This notice will also appear in the Contractor's annual financial report, if any is issued.

## CONTRACT MONITORING

46. **Assessments of Physical Facilities and Operations.** The Contractor will allow periodic assessments of its physical facilities and operations by Department employees or DFPS authorized representatives. The Contractor's physical facilities and operations will be approved by the Department based on assessments prior to and during the Contract period.

47. **Departmental Monitoring and Auditing.**
    A)    The Contractor acknowledges and agrees that Department employees and/or representatives will review the services provided and any related documentation for compliance with contractual and statutory/regulatory requirements.
    B)    Right to Audit. Contractor will cooperate fully in any review conducted by DFPS or its authorized representatives related to services provided under this Contract. DFPS has the authority to monitor, inspect, assess, and review the fiscal, contractual, or program performance of the Contractor, including all information related to any services provided under this Contract or billed to DFPS. Contractor will remedy any weaknesses, deficiencies, program noncompliance, or audit exceptions found as a result of a review by DFPS or its authorized representatives in a timely manner. In addition to all other remedies authorized under this Contract, the Department based on information from an audit, may take any other actions deemed reasonable by the Department to ensure compliance with the terms and conditions of this Contract or to remedy an issue identified in an audit. Acceptance of funds under this Contract acts as acceptance of the authority of the State Auditor's Office, HHSC Office of Inspector General, or any successor agency, to audit or investigate the expenditure of funds under this Contract or any subcontract. Contractor will ensure that this clause concerning the authority to audit funds received indirectly by subcontractors through Contractor and the requirement to cooperate is included in any subcontract it awards.

## OTHER PROVISIONS

Confidential

D000041

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

48. **Contract Precedence.** To the extent permitted by law, the terms of the Contract will prevail over less stringent licensing regulations or other State or federal regulations.

49. **Comptroller Status.** Contractor agrees that should the Texas Comptroller of Public Accounts ever place the Contractor on "vendor hold" then the Department will apply all payments under this Contract directly toward eliminating any of the Contractor's debts or delinquencies to the State of Texas.

50. **Funds Availability.** This Contract is at all times contingent upon the availability and receipt of State or federal funds that the Department has allocated to this Contract. If funds for this Contract become unavailable during any budget period, this Contract may be immediately terminated or reduced at the discretion of the Department

51. **Subcontracting.** Contractor will be responsible to DFPS for any subcontractor's performance under this Contract.
    A) Subcontractors providing services under the Contract will meet the same requirements and level of experience as required of Contractor. No subcontract under the Contract will relieve Contractor of responsibility for ensuring the requested services are provided. If Contractor uses a subcontractor for any or all of the work required, the following conditions will apply:
        i. Contractors planning to subcontract all or a portion of the work to be performed will identify the proposed subcontractors and keep a record available to DFPS upon request.
        ii. Subcontracting will be solely at Contractor's expense.
        iii. DFPS retains the right to conduct a Background History Check on the subcontractor.
        iv. Contractor will be the sole contact for DFPS to address any issue that may arise with a subcontractor and will provide DFPS a designated point of contact for this purpose.
    B) Contractor will include a term in all proposed subcontracts that incorporates this Contract by reference and binds subcontractor to all the requirements, terms, and conditions of this Contract related to the service being provided by the subcontractor. Contractor will also include terms that explicitly hold that this Contract controls in the event of any conflict with a subcontract. DFPS approval of Contractor's use of any subcontractor is conditioned upon the extent that any subcontract does not conflict with any requirements of the Contract between DFPS and Contractor.
    C) DFPS retains the right to disapprove of the use of any subcontractor under this Contract.
    D) Contractors will submit form 2033-RCC listing for all subcontracted entities for Direct Service Delivery and Management Services if requested by DFPS.

Confidential

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State**

Form 2282CSC
August 2021

    E) Pursuant to Chapter 2251 of the Texas Government Code, Contractor will make any payments owed to subcontractors within 10 calendar days of Contractor's receipt of funds from DFPS.

52. **Assignments.** Contractor will not transfer or assign any portion of this Contract without prior written approval from DFPS. Contractor may collaterally assign its right to receive payments for the services provided by Contractor. Contractor must give written notice to DFPS at least 10 working days in advance of any assigned payment. Contractor will not assign or otherwise encumber any interest in or rights to payments of funds that Contractor must pass through to other individuals or entities per the requirements of this Contract.  This Section does not prohibit collateral assignment of payments for the purpose of secured lending arrangements in the ordinary course of business.

53. **Vendor Performance.** Pursuant to Texas Government Code, Sections 2155.144-.1442 and 34 TAC Section 20.108, state agencies are required to report vendor performance on any purchase of $25,000 or more from contracts administered by the Texas Comptroller of Public Accounts or any other purchase made through an agency's delegated authority or a purchase made pursuant to the authority in Government Code, Title 10, Subtitle D or a purchase exempt from Texas Comptroller of Public Accounts' procurement rules and procedures. DFPS reports vendor performance by means of the Vendor Performance Tracking System (VPTS), which can be accessed online at:
http://www.window.state.tx.us/procurement/prog/vendor_performance/
DFPS may use the VPTS to determine best value when awarding contracts in instances where past performance is included as a factor in the evaluation of a vendor for award.

54. **Contract Changes, Amendments and Renewals.**
    A) **Changes and Amendments.**  Except as provided at Subsection C) of this Section, no change, modification, or amendment to the Contract will be effective until approved in writing by the Department and the Contractor.  This Contract together with any approved amendment(s) to this Contract will be the controlling instrument in case of any dispute relating to the wording of any portion of the Contract or amendment.
    B) Contract Renewals.  The Department, in its sole discretion, reserves the right to renew this Contract in accordance with the terms of the Waiver from competitive procurement which authorizes this Contract.
    C) Unilateral Amendments.  The Department reserves the right to make unilateral amendments to this Contract. A unilateral amendment will be effective upon the Contractor's receipt of a copy of the amendment signed by the Department. DFPS reserves the right to execute a unilateral amendment when necessary to:
      i.  Incorporate new or revised federal, State, or Department laws, regulations, rules, or policies;

_**RCC**_ ———————————————————————————————— Page 41 of 89

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

   ii.  Correct an obvious clerical error in the Contract;

   iii.  Change Contract and resource numbers;

   iv.  Change the recorded license or certification number of any license or certification needed under this Contract in order to reflect the correct number as issued by the licensing or certification authority;

   v.  Update Service Level descriptions or daily rates, if applicable; or

   vi.  Comply with a court order or judgment.

55. **Remedies.** In addition to, or instead of, all other actions authorized under this Contract, the Department, based on information from Monitoring or other verifiable sources, may take any other actions deemed reasonable by the Department to ensure compliance with the terms and conditions of this Contract.  Such actions include, but are not limited to, the following:

A) **Informal Remedies.** DFPS will utilize informal remedies as a means to address minor contract compliance and performance issues.  DFPS reserves sole discretion in choosing which informal remedy to implement, including the discretion to immediately move to formal remedies.

   i.  **Technical Assistance.** The Department will provide informal support, guidance, clarification, and other forms of technical assistance via phone, email, and fax in order to resolve minor contract or performance compliance issues.  The Contractor will document all such instances of technical assistance in writing, including any implementation work.

   ii.  **Technical Resolution**. DFPS and Contractor will enter into a joint technical resolution process.  Both parties will hold face to face meetings or scan calls where both parties will identify issues, barriers, potential solutions, and implementation strategies to fix noncompliance and performance issues.  DFPS will document these sessions and provide Contractor with a final technical guidance document to aid in implementation.

   iii.  **Continuious Quality Improvement (CQI).**  DFPS and Contractor will participate in a CQI process in order to obtain measurable improvement in residential child care over a mutually agreed period of time.  DFPS and Contractor will:

      a.  Identify a need, issue, or problem and develop a problem statement;

      b.  Define the current issue by breaking down the need, issue, or problem into component parts;

      c.  Identify major problem areas and develop an achievable target improvement goal;

      d.  Analyze the problem and identify the root causes of the identified major problem areas;

      e.  Develop an action plan to correct the root causes of the problem, including specific actions taken that identify who, what, when, and where;

      f.  Look at the results and confirm that the problem and its root causes have decreased;  and

      g.  Identify if the target improvement goal has been met.

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

Form 2282CSC
August 2021

    iv. Contractor must document each step through the CQI process and provide regular written updates to the Residential Contract Manager.

B) **Formal Remedies.** DFPS will utilize formal remedies as a means to address serious issues of contract noncompliance and poor performance. DFPS retains sole discretion in selection of which formal remedy to implement. The Department may require the Contractor to take specific corrective actions in order to maintain compliance with Service Levels, applicable federal or state regulations, and the terms and conditions of this Contract. The Contractor's failure to comply with the specific corrective actions may be grounds for the Department to suspend or terminate the Contract, in whole or in part.

    i. **Contract Action Plan (CAP).** DFPS will provide the Contractor with a Contract Corrective Action Plan that identifies areas of noncompliance, poor performance, or other deficiencies. Contractor must respond in writing within the timeframes required in the CAP, address each identified defect, and provide an appropriately thorough response to the Department for review and approval. After a Contract Action Plan receives DFPS approval, it is incorporated into the Contract by this reference. Upon receipt of the Department's approval, the Contractor must implement and maintain compliance with the requirements of the Contract Corrective Action Plan. Failure to appropriately implement or maintain compliance with the CAP will serve as grounds for the exercise of any additional remedies under this Contract;

    ii. **Placement Action.** DFPS reserves the right to temporarily or permanently remove any or all Children subject to the terms of this Contract; and/or Suspend and/or limit any further placements of Children, and place conditions on any such suspensions and/or limitations of placements;

    iii. **Financial Remedies.** DFPS reserves the right to implement fiscal remedies based on monitoring or audit findings of violations of Contract requirements; including recovery for any and all actual damages DFPS accrues as a result Contractor's noncompliance with this Contract.

    iv. **Suspension.** DFPS reserves the right to suspend or remove any of the Contractor's contractual rights, in whole or in part.

    v. **Abeyance of Staff.** DFPS reserves the right to require Contractor to remove any employee, volunteer, or agent of the Contractor or any subcontractor from the provision of services under this contract or to prohibit any employee, volunteer, or agent of the Contractor or any subcontractor from having direct contact with DFPS referred clients or client records.

56. **Provisions for Termination of Contract and Dispute Resolution.**

A) If the Contractor fails to provide services according to the terms and conditions of this Contract, the Department may immediately, upon written notice of default to the Contractor, terminate all or any part of the Contract.

    i. **Material Breach.** The Department will have the right to terminate the Contract in whole or in part if DFPS determines, at its sole discretion, that Contractor has materially breached the Contract or has failed to adhere to

Confidential

D000045

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

any laws, ordinances, rules, regulations or orders of any public authority having jurisdiction and such violation prevents or substantially impairs performance of Contractor's duties under the Contract.  Contractor's misrepresentation in any aspect of Contractor's Solicitation Response, if any, or Contractor's addition to the Excluded Parties List System (EPLS) will also constitute a material breach of the Contract.

    ii. **Failure to Maintain Financial Viability.**  The Department may terminate the Contract if, in its sole discretion, DFPS has a good faith belief that Contractor no longer maintains the financial viability required to complete the Services and Deliverables or otherwise fully perform its responsibilities under the Contract

B) Either party may terminate this Contract by giving 30 calendar days written notice to the other party, after which the Contract will terminate at the end of the thirty (30) calendar day notice period.  Nothing in this Subsection will be construed to prohibit immediate suspension or termination of the Contract pursuant to Subsection this Section.

C) At the end of the Contract term or other Contract termination, the Contractor will in good faith and in reasonable cooperation with the Department, aid in the transition to any new arrangement or Contractor of services, including the orderly transition of the Child placed by the Department to a new home.  The respective accrued interests or obligations incurred to date of termination must be settled equitably.  This equitable settlement will occur within six months from the date the Contract has ended or is otherwise terminated in accordance with this Contract.

D) Upon termination of this Contract, the Department will work with the Contractor to transfer the Child from the Contractor's Facility as efficiently as possible.  The goal will be to remove the Child by the effective date of the expiration or termination of the Contract; however, in the event this is not possible, the Contractor will continue to provide care for the Child in accordance with the terms and conditions of this Contract.  The Department will reimburse the Contractor for any care provided after the date of Contract termination or Contract expiration until the Child is removed from the Contractor's care.

E) The Department will terminate this Contract if the Contractor is found liable for or has a contract, license, certificate or permit of any kind revoked for Medicaid fraud.

F) The Department will suspend or terminate this Contract if the Contractor's license, certificate or permit has been terminated or revoked by any agency in the state in which the facility is located.

G) If this Contract is terminated or suspended for any reason, the Department and the State of Texas will not be liable to the Contractor for any damages, claims, losses, or any other amounts arising from or related to any such termination. However, the Contractor may be entitled to the remedies provided in Chapter 2260 of the Texas Government Code.

H) Contract Dispute Resolution.

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

    i.   DFPS and the Contractor must use the dispute resolution process provided for in Chapter 2260 of the Texas Government Code to attempt to resolve any claim for breach of Contract made by the Contractor.

    ii.   During a dispute resolution under this Subsection, the Contractor will continue to be bound by the terms and conditions in this Contract.

57. **DFPS Information Security Requirements.** As applicable to this Contract, the Contractor must comply with DFPS' Data and System Security Requirements at http://www.dfps.state.tx.us/Doing_Business/documents/Contractor_Data_and_System_Security_Requirements.pdf and agrees to periodically check for any updates made to this document and comply with any updates made to these requirements.

A) and will cause its subcontractors and agents to provide, to DFPS, upon reasonable notice, written certifications of compliance with controls and provisions relating to information security, including but not limited, those related to confidential data transfers and the handling and disposal of Personally Identifiable Information (PII). Acceptable forms of written compliance may be, but are not limited to:

58. **INDEMNIFICATION.  THE CONTRACTOR WILL DEFEND, INDEMNIFY AND HOLD HARMLESS THE STATE OF TEXAS, DEPARTMENT, ITS OFFICERS AND EMPLOYEES, FROM ANY CLAIMS, ACTIONS, SUITS, DEMANDS, PROCEEDINGS, COSTS, DAMAGES, AND LIABILITIES INCLUDING WITHOUT LIMITATION, ATTORNEY'S FEES AND COURT COSTS CONNECTED WITH ANY ACTS OR OMISSIONS OF THE CONTRACTOR OR ANY AGENT, EMPLOYEE, SUBCONTRACTOR OR SUPPLIER IN THE EXECUTION OR PERFORMANCE OF THIS CONTRACT. THE CONTRACTOR MUST COORDINATE ANY DEFENSE WITH THE TEXAS ATTORNEY GENERAL AS REQUESTED BY DFPS.  THIS SECTION IS NOT INTENDED TO AND WILL NOT BE CONSTRUED TO REQUIRE THE CONTRACTOR TO INDEMNIFY OR HOLD HARMLESS THE STATE OR THE DEPARTMENT FOR ANY CLAIMS OR LIABILITIES RESULTING FROM NEGLIGENT ACTS OR OMISSIONS OR DFPS OR ITS EMPLOYEES.**

59. **Prohibition on Non-compete Restrictions.** Contractor will not require any employees or subcontractors to agree to any conditions, such as non-compete clauses or other contractual arrangements that would limit or restrict such persons or entities from employment or contracting with other Contractors (including DFPS).

60. **Limitation on Use of DFPS Seal and Name.** Contractor may not use the DFPS seal in any form or manner without the prior written approval of the Department. Contractor also may not use the name of DFPS to imply any endorsement, approval, or sponsorship of Contractor's goods or services by DFPS.

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

61. **Force Majeure.** Neither Party will be liable for any failure or delay in performing its obligations under the Agreement if, and to the extent, such failure or delay is due to any cause beyond the reasonable control of such Party and where the impact cannot be reasonably avoided or prevented, including, but not limited to, unusually severe weather, strikes, natural disasters, fire, civil disturbance, epidemic, war, court order, or acts of God. The existence of such causes of delay or failure will extend the period of performance in the exercise of reasonable diligence until after the causes of delay or failure have been removed. Each Party must inform the other in writing with proof of receipt within three business days of the existence of a force majeure event or otherwise waive this right as a defense.

62. **Copyrights and Use of Information.** The Contractor, in developing, copying, and disseminating reports or other information under this Contract, will retain all rights to copyright, use, reproduce, and distribute any material written or produced by the Contractor that is the subject of this Contract.  When the Contractor develops materials using funds from this Contract, the Contractor must grant the Department and the federal government a royalty-free, non-exclusive, and irrevocable license or right to reproduce, translate, publish, use, disseminate, and dispose of such materials and to authorize others to do so for governmental purposes.

63. **Exhibits.**  The following documents are incorporated into this Contract:
    A) Form 2031, Signature Authority Designation;
    B) Form 2033RCC, Subcontractor Documentation Form, if applicable;
    C) Form 2033a-RCC, Subcontractor Process, if applicable;
    D) Forms 4732, Request for Determination of Ability to Contract.
    E) Form 9007 RCC, Internal Control Structure Questionnaire (ICSQ) for Residential Child Care, if applicable; and
    F) Form 4736, Certificate of Insurance.

64. **Certifications.**  As applicable to this Contract, Contractor certifies and affirms that by entering into this Contract that these certifications and affirmations apply to Contractor, and all of Contractor's principals, officers, directors, shareholders, partners, owners, agents, employees, subcontractors, independent contractors, and any other representatives who will provide services under, who have a financial interest in, or otherwise have an interest in this Contract.
    A) **Dealing with Public Servants.** Contractor has not given, offered to give, and does not intend to give at any time hereafter any economic opportunity, future employment, gift, loan, gratuity, special discount, trip, favor, or service to a public servant in connection with this Contract.
    B) **Prior Disaster Relief Contract Violation.** Under Texas Government Code §§2155.004 (regarding the prohibition of certain financial participation by persons) and 2155.006 and 2261.053 (both relating to ability to receive this Contract, and convictions or penalties regarding Hurricane Rita, Hurricane Katrina or other disasters), Contractor acknowledges that it is not ineligible to

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

receive this Contract and that this Contract will be terminated and payment withheld if this certification is found to be inaccurate.

C) **Child Support Affirmation Obligation.** Under Texas Family Code §231.006 (relating to delinquent child support), Contractor acknowledges that it is not ineligible to receive the specified grant, loan, or payment and acknowledges that this Contract will be terminated and payment will be withheld if this certification is found to be inaccurate.

D) **Suspension and Debarment**. Contractor is not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any federal department or agency under the regulations implementing Executive Order 12549 and Executive Order 12689, Debarment and Suspension, 2 CFR Part 376, and any relevant regulations promulgated by the department or agency funding this project. Contractor agrees that this provision will be included in its entirety in Contractor's subcontracts if payment in whole or in part is from federal funds. Furthermore, Contractor acknowledges that it has not been subjected to suspension, debarment, or similar ineligibility determined by any state or local governmental entity.

E) **Excluded Parties.** Contractor is not listed on the federal government's terrorism watch list described in Executive Order 13224. Entities ineligible for federal procurement are listed at https://sam.gov/search/?index. This Contract will be terminated and payment withheld if this certification is inaccurate. This provision will be included in its entirety in Contractor's subcontracts.

F) **Executive Head of a State Agency Affirmation.** Under Texas Government Code §669.003 (relating to contracting with the executive head of a state agency), Contractor acknowledges that it is not the executive head of DFPS, was not at any time during the past four years the executive head of DFPS and does not employ a current or former executive head of DFPS.

G) **Franchise Tax Status.** Contractor acknowledges that it is not currently delinquent in the payment of any franchise taxes owed to the State of Texas under Texas Tax Code Chapter 171.

H) **Lobbying Prohibition**. Payments to Contractor and Contractor's receipt of appropriated or other funds under this Contract are not prohibited by Texas Government Code §§556.005, 556.0055 or 556.008 (relating to use of appropriated money or state funds to employ or pay lobbyists, lobbying expenses, or influence legislation).

I) **Buy Texas Affirmation.** If this Contract is for services, the Contractor will comply with Texas Government Code §2155.4441 for the purchase of products and materials produced in the State of Texas. However, this Section is not applicable to Contracts or Agreements with federal funding that further prohibits the use of geographic preferences.

J) **Antitrust Affirmation.** Contractor has not violated state or federal antitrust laws and has not communicated its bid for this Contract directly or indirectly to any competitor or any other person engaged in such line of business. Contractor

Confidential

D000049

**Child-Specific**
**Residential Child-Care Contract**
**RTC Out-of-State**

hereby assigns to DFPS any claims for overcharges associated with this Contract under 15 U.S.C. §1, et seq., and Texas Business and Commerce Code §15.01, et seq.

K) **Entities that Boycott Israel**. If the Contractor is a "Company" under Texas Government Code §808.001, at the time of executing this Contract, the Contractor is certifying that it does not boycott Israel and will not boycott Israel during the term of this Contract.

L) **Human Trafficking Prohibition.** Under Texas Government Code §2155.0061, Contractor certifies that it is not ineligible to receive this contract and acknowledges that this contract may be terminated and payment withheld if it is found that during the five-year period preceding the date of this Contract, that the Contractor has been convicted of any offense related to the direct support or promotion of human trafficking.

M) **Foreign Terrorists Organizations.** Under Texas Government Code §2252.152, the Contractor warrants that it is not engaged in business with Iran, Sudan, or a foreign terrorist organization.

N) **Contracting Information Responsibilities.** The requirements of Texas Government Code 552, Subchapter J may apply to this Contract and the Contractor agrees that this Contract can be terminated if the Contractor knowingly or intentionally fails to comply with a requirement of this Subchapter.

O) **COVID-19 Vaccine Documentation.** For contracts entered into on or after June 16, 2021, Contractor represents and warrants that it is in compliance with Texas Health and Safety Code §161.0085(c) and is eligible, pursuant to this Section, to receive a grant or enter into a contract with DFPS payable with state funds.

P) **Firearm and Ammunition Industries Discrimination Prohibition.** For contracts entered into on or after September 1, 2021, if the Contractor is a Company under Texas Government Code §2274.002, at the time of executing this Contract, the Contractor certifies that it is exempt under that section or it does not have a practice, policy, guidance, or directive that discriminates against a firearm entity or firearm trade association and will not discriminate during the term of the Contract against a firearm entity or firearm trade association.

65. **List of Attachments.**  The following documents are attached hereto and incorporated herein by this reference:

**Attachment A** - Intentionally Left Blank.
**Attachment B** - Residential Child-Care Contract Glossary
**Attachment C** - Service Level Descriptions
**Attachment D** - Intentionally Left Blank
**Attachment E** – Special Terms and Conditions.

66. **General Release.**  The acceptance by the Contractor or its assignees of the final payment under this Contract, whether by voucher, judgment of any court of competent jurisdiction or any other administrative means, will constitute and

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State

operate as a general release to the State from any and all claims of and liability to the Contractor arising out of the performance of this Contract.

67. **Waiver**.
   A) One or more waivers by the Department of any covenant, term or condition of this Contract or available remedy will not be construed as a waiver of a subsequent breach of the same covenant, term, condition, or available remedy and any such waiver will not be deemed to be a waiver of any other or subsequent breach and will not be construed to be a modification of the terms of the Contract.  The consent or approval by the Department will not be construed as a waiver of a subsequent breach of the same covenant, term or condition. The consent or approval by the Department to any act of the other party requiring such consent or approval will not be deemed to waive or render unnecessary consent to or approval of any subsequent similar act.
   B) This Contract will not be construed to waive any rights, duties, or immunities that either party has under the laws of the State of Texas and the United States.

68. **Severability.**  If any part of any clause or provision of this Contract is illegal, invalid, or unenforceable under present or future laws, then it is the intention of the parties that the remainder of this Contract will not be affected and that, to the extent of any such invalidity, illegality, or unenforceability, there be added as a part of this Contract a clause or provision of similar terms as may be legally possible in order to make the prior intent of such clause or provision legal, valid, and enforceable.

69. **Limitation on Authority.** The Contractor will have no authority to act for or on behalf of the Department or the State of Texas except as expressly provided for in this Contract; no other authority power or use is granted or implied.  The Contractor may not incur any debts, obligations, expenses, or liabilities of any kind on behalf of the State of Texas or the Department.

70. **Survivability.**  Termination for any reason does not release the Contractor from performance, liability or obligation in the Contract that is expressly stated to survive such termination or by its nature would be intended to be applicable following any such termination, which includes but is not limited to confidentiality, indemnification, transition, records, audit, dispute resolution, invoice, and continuing to provide care for a Child after termination as provided for in Section 61 of this Contract.

71. **Entire Agreement.**  This Contract constitutes the entire legal and binding agreement between the parties, who have duly authorized, executed, and delivered this Contract in accordance with its terms, and supersedes and replaces any previous Contracts, understandings or agreements between parties with respect to the subject matter of the Contract. The undersigned representatives have the authority to execute and agree to this Contract on behalf of their respective represented party.

Confidential

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State**

Form 2282CSC
August 2021

72. **Disclosures under the Public Information Act.** All contracts and other information submitted to DFPS may be subject to the Texas Public Information Act, Chapter 552 of the Texas Government Code ("the Act"). If Contractor submits proprietary or otherwise confidential information to DFPS, then Contractor should clearly identify that particular information and the specific exception to disclosure in the Act. Making a blanket claim that an entire submission is protected from disclosure because it contains some proprietary information is not acceptable and will not render the entire proposal confidential. DFPS assumes no responsibility for asserting legal arguments for Contractor. Contractor should consult with legal counsel concerning disclosure issues and take precautions to safeguard trade secrets and other proprietary information. Any information generated as a result of this contract is also subject to the Act, and, as such, must be made available to DFPS in the manner and format specified by DFPS upon request.

73. **U.S. Department of Homeland Security's E-Verify System.** Contractor certifies its use of the U.S. Department of Homeland Security's E-Verify system to validate the eligibility of all staff, subcontractors, or subcontractor's staff to perform work under this Contract within the United States of America. Upon request, Contractor must provide an electronic or hardcopy screenshot of the confirmation or tentative non-confirmation screen containing the E-Verify case verification number for each individual hired to perform work on the Contract. If this certification is falsely made, DFPS reserves the right to take any remedial actions deemed reasonable and necessary by the Department to ensure compliance with the terms and conditions of this Contract, up to and including termination of the Contract at no fault to the state. The Contractor can access the E-Verify System at the following website: http://www.uscis.gov/e-verify.

Confidential

D000052

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State**

Form 2282CSC
August 2021

74. **Term.**
    This contract is effective **October 19, 2021** through **October 19, 2022**, unless otherwise terminated earlier under the terms of this Contract.

    By and through the below signatures of their respective duly authorized representatives, the contracting parties duly execute and agree to this Contract:

**Texas Department of Family
and Protective Services**

**Contractor:  Woodridge of Tennessee, LLC
DBA Perimeter Behavioral of Jackson
Contract Number:  24824313**

| Signature | | Signature | |
|---|---|---|---|
| Printed Name: | Deneen Dryden | Printed Name: | C. Lamar Frizzell |
| Printed Title: | Associate Commissioner CPS | Printed Title: | CEO |
| Date | | Date | |

Confidential

D000053

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "A"**

Form 2282CSC
August 2021

**This page is intentionally left blank.**

Confidential

D000054

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "B"**

### Residential Child-Care Contract Glossary

This Attachment contains a list of terms and their definitions as used in the Contract.

**Age or Developmentally-Appropriate:** Activities or items that are generally accepted as suitable for Children of the same chronological age or level of maturity or that are determined to be developmentally-appropriate for a Child, based on the development of cognitive, emotional, physical, and behavioral capacities that are typical for an age or age group; and in the case of a specific Child, activities or items that are suitable for the Child based on the developmental stages attained by the Child with respect to the cognitive, emotional, physical, and behavioral capacities of the Child.

**Aging-Out Seminars:** Seminars that focus on transitioning foster Children residing in DFPS licensed or verified foster care age 17 by offering an opportunity to enhance a youth's knowledge about the DFPS-Transitional Living Services (TLS) programs, benefits, resources and other relevant life skills topics.

**Apprised:** DFPS acknowledges and agrees that in order to protect children from sexual abuse, those individuals who meet the definition of caregiver above, i.e. who have day to day responsibility over caring for children, should be aware of the information they need to keep children safe. Given that staff of operations may fluctuate and given the expectations DFPS will add and enforce in contracts regarding administration/intake staff sharing this information with direct-care staff who need it, DFPS proposes to define by defining "apprise" as direct information regarding sexual abuse or sexual aggression history to (a) with regards to a foster home, the individual foster parents, and (b) with regards to a GRO, the administrator, receiving intake staff, and child's case manager, all of whom DFPS must ensure (through monitoring and contractual enforcement) share this information to those staff who are included within the definition of a caregiver. The obligation to apprise also includes the obligation to monitor and enforce contractual requirements and agency expectations regarding provision of the information to caregivers.

**Appropriate Clothing**: Clothing that, at a minimum, is:
  i. In sufficient quantity such that there are an adequate number of the following: T-shirts, undershirts, underwear, bras, socks, shoes, pants, shirts, skirts, blouses, coats/jackets, sweaters, pajamas, shorts and other clothing necessary for a Child to partake in daily activities;
  ii. Gender and age-appropriate;
  iii. Proportionate to the Child's size;
  iv. In good condition, and is not worn-out with holes or tears (not intended by the manufacturer to be part of the item of clothing);
  v. Clean and washed on a regular basis;
  vi. Fits comfortably;
  vii. Is similar to clothing worn by other children in their community; and

Confidential    D000055

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "B"**

viii. Adequate to protect Children against natural elements, such as rain, snow, wind, cold, sun and insects.

**Background History Checks:** Searches of different databases that are conducted on an individual. There are three types of Background History Checks: criminal background history checks conducted by the Receiving state's law enforcement agency, criminal history checks conducted by the FBI for crimes committed anywhere in the U.S., and checks related to abuse, neglect and exploitation of children and vulnerable in the receiving state.

**Basic Life Skills Activities**: The Child must be engaged in learning new skills, attitudes, and ways of thinking through hands-on learning opportunities that are necessary for the Child to care for oneself and to function in the community. Life-skills trainings are tailored to a Child's skills and abilities and must include at a minimum, performing basic household tasks, maintaining personal hygiene, doing laundry, training in practical activities that include grocery shopping, meal preparation and cooking, nutrition education that promotes health food choices, using public transportation (when appropriate), balancing a checkbook, and managing personal finances in accordance with the Financial Literacy Educational Program Expectations. Caregivers must assist youth and young adults who have a source of income with establishing a savings account, if appropriate. https://www.dfps.state.tx.us/PCS/Residential_Contracts/2010-06-23_Resources_to_Aid_Caregivers.asp

**Behavioral Health Services**: Services for the treatment of mental, emotional, or substance related disorders.

**Caregiver:** For purposes of Remedial Orders 25, 27, and 31, a caregiver is a person, including an employee, foster parent, contract service Contractor, or volunteer, whose day to day responsibilities include direct care, supervision, guidance, and protection of a child/youth in care. This includes employees and contract staff who provide 24-hour awake night supervision.

Generally, and in furtherance of a child/youth having as normal of a life experience as possible while in substitute care, "caregiver" does not include individuals who are not routinely responsible for direct care, supervision, guidance, and protection of a child/youth in care, such as school personnel, mentors, tutors, and chaperones. Instead, determining what information to provide an adult involved with a child/youth's normalcy activity (e.g., extra-curricular activity, part-time job, church activities, school field trip, visit to friend's house) must be considered on a case-by-case basis, keeping in mind the confidential nature of the information and the need to balance the child/youth's privacy concerns. Depending on the history, age of the child/youth, and situation in which the child/youth may be when engaging in a normalcy activity, the involved adult may not need to know of the child/youth's history, for example a tutor periodically at the child/youth's placement or an adult chaperone on a school field trip.

**Case Manager:** A Contractor's employee who may provide services, including but not limited to:

A) Placing a Child into a foster home or other substitute living arrangement;

Confidential                                                                          D000056

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "B"

B) Managing the case of a Child, including:
  i. Completing admission assessments or any other evaluation of a Child for placement;
  ii. Developing, reviewing, and updating of service plans;
  iii. Completing a discharge or transfer summary;
  iv. Developing and updating of service plans;
  v. Stewarding direct contact with Children and the foster parents or other Caregivers; and
  vi. Performing any additional activities that may consist of planning and coordination of services to Children and the foster families based on current needs and functioning;
C) Orientating, assessing, and verifying foster parents; and
D) Monitoring and providing support services to foster parents, including the initiation of development plans, corrective actions, or adverse actions.

**Case Management Services:** Any service referenced in the Case Manager definition or in services referenced in the 40 TAC §§749.663 or 748.561**.**

**Caseworker**: A DFPS employee who provides casework services to children in Substitute Care under the conservatorship of the State. When the Contract requires approval from or notification of the Caseworker, the Contractor may utilize the Caseworker's Chain of Command if the Contractor is unable to contact the Caseworker.

**Casey Life Skills Assessment**: An assessment of a Child's independent living skills designed to be completed by both the Child and the Caregiver. The Child and Caregiver results are combined into a report which provides an indication of the skill level and readiness of the Child to live independently and creates the opportunity for the Caregiver and Child to talk about the Child's life skills.

**Chain of Command**: The administrative structure used in the event the Contractor is unable to communicate with the Caseworker. The typical Department Chain of Command is as follows: Caseworker, Supervisor, Program Director, Program Administrator, and Regional Director. The Department Chain of Command is identified by the district/region in which the Caseworker is housed.

**Child:** A person eligible for services under this Contract from birth through the end of the month in which the Child turns 22 years of age.

**Child and Adolescent Needs and Strengths Assessment (CANS)**: A comprehensive, developmentally appropriate assessment completed by a STAR Health credentialed clinician who is certified to administer CANS. The recommendations from the CANS assessment will be incorporated into the Child's Plan of Service.

Confidential

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "B"

Form 2282CSC
August 2021

**Child-Care Services:** Services that meet a Child's basic need for shelter, nutrition, clothing, nurture, socialization and interpersonal skills, care for personal health and hygiene, supervision, education, and service planning.

**Child's Plan of Service**: The Department's developed plan that addresses the services that will be provided to each foster Child to meet each Child's specific needs while in Substitute Care.

**Chronic Physical Condition:** A disease or disabling condition of the body, of a bodily tissue or of an organ which will last or is expected to last for at least 12 months; that results, or without treatment, may result in limits to one or more major life activities; and that requires health and related services of a type or amount beyond those generally required by children. Such a condition may exist with accompanying developmental, mental, behavioral, or emotional conditions, but is not solely a delay in intellectual development or solely a mental, behavioral, and/or emotional condition.

**Connections**: Relationships children have with extended family members, previous foster families, schools, communities, tribes/tribal customs, religious/religions observances, and other social networks.

**Contract Period:** Time period from the beginning date through the ending date specified in the term of the original Contract, including Contract renewals or Contract extensions.

**Contracted Components of Care**: In addition to the requirements set forth in Attachment C and Sections 9 through 23 of this Contract, services documented in the Child's Plan of Service and within the scope of the Contractor's license, provided directly, or procured on behalf of the Child. Components of Care include, but not limited to the provision of routine 24-hour child-care, behavior counseling and supervision, educational and vocational activities, routine recreational activities, medical and dental care, travel, and activities that may require the Contractor's participation.

**Contractor:** An entity that has a contract or agreement a with DFPS to provide services or goods that benefits its children or youth. A Contractor can also provide services or goods to DFPS that are necessary for DFPS for its operations. This term is used interchangeably by DFPS with Provider.

**Corrective Action Plan:** Specific corrective actions required of the Contractor by the Department in order to maintain compliance with Service Levels, applicable federal or state regulations, and the terms and conditions of this Contract.

**Covered Behavioral Health Services**: Medicaid allowable Behavioral Health Services eligible to be paid in response to claims processed through the Child's Medicaid health plan.

**CPS Transition Plan:** A plan to address the issues that are important for all children 16 and older as they prepare to leave care and enter the adult world.  The plan helps the Child,

Confidential

D000058

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "B"

Form 2282CSC
August 2021

Contractors and Caseworkers identify what services are needed to accomplish goals and it is incorporated into the Child's Plan of Service.

**Cultural Competence:** The ability of individuals and systems to provide services effectively to people of various cultures, races, ethnic backgrounds, and religions in a manner that recognizes, values, affirms, and respects the worth of the individuals and protects and preserves their dignity.

**Designated Victim**:  A determination by the Receiving State's agency authorized to investigate residential childcare operations, that the child has been abused, neglected or exploited.

**Direct Service Delivery:** Service Contractors who have direct access to providing services, supervision or delivery of treatment components as referenced in the Residential Child Care Contract Components of Care.

**Discharge Notice:** Notice provided by a Contractor to DFPS utilizing Form 2109, upon determining that it is no longer in the Child's best interest to remain at the Contractor's Facility, or that the Contractor cannot meet the needs of the Child to include: the reason for the child's discharge and the Contractor's recommendation regarding a future placement for the child that would increase the child's opportunity to attain a stable placement.

**Discharging Contractor:** The individual or legal entity designated by and contracting with DFPS that provided Residential Child Care to or was responsible for the care of a Child prior to the Child's placement with the Receiving Contractor.

**Discipline:** A form of guidance that is constructive or educational in nature and appropriate to the Child's age, development, situation, and severity of behavior.

**Educational Supports, Services and Benefits:**  State and Federal regulations regarding children in DFPS Substitute Care that enable them to access services, such as counseling, college preparation services, mentoring/tutoring, driver's education, graduation items, college Tuition and Fee Waiver information and verification letters, and the Education and Training Voucher Program.

**Education and Training Voucher (ETV) Program:**  A federally-funded (Chafee) and state-administered program. Under this program, children ages 16 up to 23 years of age may be eligible for up to $5,000.00 financial assistance per year to help them reach their post-secondary educational goals. Information about this program is available at: www.TexasETV.com.

**Education Decision-Maker:** The individual designated by DFPS, or the court, to make education decisions for a Child in DFPS conservatorship.

**Education Plan:** Identifies educational and ancillary services to meet the Child's educational goals.

Confidential

D000059

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "B"**

Form 2282CSC
August 2021

**Education Portfolio:** The updated and maintained separate education binder that contains important school documents and is designed to follow a School-Age Child to each placement.

**Emergency Behavior Intervention**: Interventions used in an emergency situation, including personal restraint, mechanical restraint, emergency medication, and seclusion.

**Extended Foster Care**
A program for Children 18 to 22 years old who are eligible, and have signed an agreement to participate in this program. A Child who turns 18 years of age while in the conservatorship of DFPS is eligible for Extended Foster Care services through the end of the month in which the Child reaches the age limit referenced in A) through E), so long as sufficient documentation is provided on a periodic basis as required by the terms of the Child's Extended Foster Care Agreement to demonstrate that the Child is:

A) Regularly attending high school or enrolled in a program leading toward a high school diploma or GED up to the Child's 22nd birthday.
B) Regularly attending an institution of higher education or a post-secondary vocational or technical program up to the Child's 21st birthday. These Children can remain in care to complete vocational-technical training classes regardless of whether or not the Child has received a high school diploma or GED certificate. (40 TAC §700.316)
C) Actively participating in a program or activity that promotes, or removes barriers to employment up to the Child's 21st birthday;
D) Employed for at least 80 hours per month up to the Child's 21st birthday; or
E) Incapable of doing any of the above due to a documented medical condition up to the Child's 21st birthday ; or (40 TAC §700.316)

**Face-to-Face:** A meeting held in person as opposed to videoconferencing or any other similar form of technology.

**Facility:** Any Residential Child-Care operation including Child-Placing Agencies and General Residential Operations.

**Family Member(s):** For the purposes of this contract, a person who is a Relative or Fictive Kin of the Child in conservatorship.

**Fictive Kin:** A Person who has a significant, long-standing relationship with a Child in DFPS conservatorship or the Child's family.

**Financial Literacy Education Program:** Education, training and support that includes:
A) Obtaining and interpreting a credit score;
B) Protecting, repairing, and improving a credit score;
C) Avoiding predatory lending practices;

Confidential

D000060

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "B"

D) Saving money and accomplishing financial goals through prudent financial management practices;
E) Using basic banking and accounting skills, including balancing a checkbook;
F) Using debit and credit cards responsibly;
G) Understanding a paycheck and items withheld from a paycheck; and
H) Protecting financial, credit, and identifying information in personal and professional relationships.

**Former Foster Care Children (FFCC) Program:** A healthcare program administered by HHSC that provides continuous healthcare coverage for Children formerly in the conservatorship of DFPS at age 18, up to age 26. This population receives healthcare coverage through either STAR Health or through the STAR plan of their choice.

**Foster Parent:** A person receiving foster care maintenance payments from a CPA. This term does not apply to Contractor staff from other programs and Intermittent Alternate Care Contractors. This term is specific to Child-Placing Agency programs.

**Grooming Products**: Items/products provided to the Child to meet their personal and ethnic needs, including, but not limited to, haircuts, hair care products, hair care accessories, sensitive skin products, hypoallergenic products, and necessary headdress, where applicable.

**Healthy Racial and Ethnic Identity**: A healthy sense of racial and ethnic identity is exemplified by an individual who:
A) Identifies as a member of a particular racial/ethnic group or groups;
B) Has generally positive attitudes about being a member of that group, but also has a balanced view of the strengths and challenges associated with it;
C) Affiliates with members of his or her own group but is also generally accepting of people from other groups; and
D) Is able to cope successfully with perceived or real racism and discrimination and has possibly shown some effective strategies for dealing with it.

**Historically Underutilized Business (HUB):** A minority(-owned business,) or women-owned business, (or business owned by a disabled veteran) as defined by Texas Government Code, Chapter 2161.

**Individual Cultural Competence**: The knowledge, skill or attribute one has relative to cultures other than his/her own, that is observable in the consistent patterns of an individual's behavior, interaction and work related activities over time, which contributes to the ability to effectively meet the needs of children and families receiving services.

**Individual Education Plan (IEP)**: A written statement for each Child with a disability that is developed, reviewed, and revised according to the requirements of Individuals with Disabilities Education Act (IDEA).

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "B"

Form 2282CSC
August 2021

**Interdisciplinary Team:**  A team of professionals that includes representation from at least three disciplines of study.

**Intermittent Interventions:** Services provided by a licensed, credentialed, health specialist providing assistance to patients by physician orders for a pre-determined amount of time.

**Interstate Compact for the Placement of Children (ICPC):**  Governs the proper Procedures and safeguards for placing Children in care in another state and ensuring that appropriate services and supervision are provided. The Interstate Compact can be found at Texas Family Code Chapter 162 and the Texas Administrative Code Title 40, Part 19, Chapter 700.1901.

**Kinship (Relative) Caregivers:**  Unlicensed Caregivers whom the court has approved for a Child's placement because they are related to the Child; or have a Fictive Kin relationship to the Child.

**Management Services:** Peripheral services that do not include core programmatic components but include support of these services; which includes,  but is not limited to the provision of quality assurance, performance improvement, oversight, monitoring, service-related policy and procedure development/enhancement, development of corrective action plans, performance evaluation, disaster emergency response plan development.

**Managing Conservator:**  A person responsible for a Child as the result of a district court order pursuant to the Texas Family Code Chapter 153. (40 TAC §700.501(9))

**Mechanical Restraint:** A type of emergency behavior intervention that uses the application of a device to restrict the free movement of all or part of a child's body in order to control physical activity.

**Medical Care**: The prevention, treatment, and management of illness and the preservation of mental and physical well-being through the services offered by the medical and allied health professions.

**Medical Consenter:** A person who has been given legal authority by DFPS or the court to make health care decisions for a Child in the custody of DFPS.

**Medical/Healthcare Items**: Medically necessary equipment, medical/surgical items, and personal devices or items prescribed or purchased for a Child to augment or enhance communication or speech functioning, vision, dental function or physical/medical functioning.

**Minimum Standards**: DFPS rules which are the minimum requirements for permit holders and which are enforced by DFPS to protect the health, safety, and well-being of Children. DFPS provides publications that contain the Minimum Standards and guidelines for compliance for each type of operation.

Confidential                                                                                    D000062

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "B"**

Form 2282CSC
August 2021

**Monitoring**: Monitoring is a systematic examination of the physical site, financial statements, records, and procedures of a Contractor.  It involves many of the techniques and procedures used in auditing, but differs both in scope and purpose.  Functioning properly, the Monitoring process serves as an early warning system, detecting potential problem areas before they become severe and providing plans for corrective action.

**National Youth in Transition Database:**  The data collection system developed by the Administration for Children and Families (ACF) to track the independent living services provided to Children and to develop outcomes that measure the States' performance in preparing Children for their transition from foster care to independent living.  More information is available at: http://www.dfps.state.tx.us/Child_Protection/Youth_and_Young_Adults/Transitional_Living/nytd.asp

**National Youth in Transition Database Survey:** The survey developed to collect data for the National Youth in Transition Database.  Children complete the National Youth in Transition Database Survey utilizing a computer with access to the internet.

**Normalcy:** The ability of a Child in care to live as normal a life as possible, including having normal interactions and experiences with a foster family and participating in foster family activities; and engaging in age and developmentally appropriate childhood activities, including unsupervised, as much as possible. Activities will include but are not limited to extracurricular activities, social activities in and out of school, and employment opportunities.

**Office Visit:** Participation in a Child's medical or behavioral health appointment(s) in person or by telemedicine in accordance with HHSC TAC 1, Chapter 354 and Texas Medical Board TAC 22, Chapter 174.

**Organizational Cultural Competence**: A set of values, behaviors, attitudes, and practices within a system, organization, program or among individuals, which enables staff and volunteers to work effectively with children and families from other cultures.   Furthermore, it refers to the staff's ability to honor and respect the beliefs, language, interpersonal styles, and behaviors of individuals and families receiving services.

**Permanency Goal:** The Department's permanency goals are subcategories of the four goals identified by the Texas Family Code §263.3026.  The categories are as follows:
A) Family Reunification;
B) Adoption by a relative or suitable individual (Relative/Kinship Adoption or Unrelated Adoption);
C) Permanent Managing Conservatorship to a relative or suitable individual (Relative/Kinship Conservatorship or Unrelated Conservatorship);
D) Another planned permanent living arrangement (Foster Family - DFPS Conservatorship, Other Family DFPS Conservatorship, Independent Living or Community Care).

Confidential D000063

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "B"

Form 2282CSC
August 2021

**Permanency Planning:**  The identification of services for a Child (and usually to the Child's family), the specification of the steps to be taken and the time frames for taking those steps so as to achieve the following goals:
A) A safe and permanent living situation for the Child;
B) A committed family for the Child;
C) An enduring and nurturing family relationship that can meet the Child's needs;
D) A sense of security for the Child;
E) A legal status for the child that protects the rights of the Child; and
F) In the case of a Child whose permanency goal is another planned, permanent living arrangement, a connection to a caring adult who will be supportive into adulthood during and after the transition to successful adulthood.(40 TAC §700.1201 and CPS policy §6200)

**Personal Contact:** A meeting, either face-to-face or by Telecommunication, during which the parties' discussion and actions are not directed.

**Personal Documents:**  Identification documents provided to the Child.  At 16 years of age, the Caseworker provides a Child with a copy and certified copy or original of their birth certificate, social security card, and Texas identification card.  At 18 years of age, if not already provided, the Caseworker provides a Child with a certified copy of their birth certificate, social security card, Texas identification card, immunization records, information contained in their health passport, proof of enrollment in Medicaid, and information about a Medical Power of Attorney.   These documents are required to be provided per the Texas Family Code §264.121 and Patient Protection and Affordable Care Act (P.L. 111-148).

**Personal Items:**  All objects and other materials in possession of the Child upon admission, given as a gift, prescribed for the Child, purchased by or for the Child, or purchased using the Child's Medicaid or other benefits, which include, but are not limited to, medication, Medical/Healthcare Items, luggage, toys, money, gift cards, allowances, televisions, radios, and CDs and electronics.

**Preparation for Adult Living (PAL) Activities:**  Benefits and services provided to children in DFPS-paid Substitute Care who are age 16 or older and likely to remain in foster care until at least age 18, who can qualify for services up to their 21st birthday. Services and benefits may include:
A) Casey Life Skills Assessment to assess strengths and needs in life skills;
B) Life Skills training in core areas including financial management;
C) Job readiness and life decisions/responsibility;
D) Educational/vocational services;
E) Transitional Living Allowance (TLA) up to $1000 (distributed in increments up to $500 per month for children who participate in PAL Life Skills training, to help children with initial start-up costs in adult living);
F) After Care Room and Board (ACRB) assistance, based on need, up to $500 per month for rent, utility deposits, food, etc. (not to exceed $3000 of accumulated payments per Child);

Confidential                                                                                                                                  D000064

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "B"**

Form 2282CSC
August 2021

G) Case management to help children with self sufficiency planning and resource coordination;
H) Teen conferences;
I) Leadership development activities; and
J) Additional supportive services, based on need and availability of funds, such as mentoring services and driver's education.

**Primary Care Physician (PCP):** Primary Care Physician means a physician or Contractor who has been designated by STAR Health to provide a Medical Home to Members and who is responsible for providing initial and primary care to patients, maintaining the continuity of patient care, and initiating referral for care.

**Primary Medical Needs:** A Child with Primary Medical Needs is one who cannot live without mechanical supports or the services of others because of non-temporary, life-threatening conditions (40 TAC §748.61, §749.61 and §750.61).

**Programmatic Services:** Types of services licensed and regulated by the DFPS Licensing Division, which include Child-Care Services, Treatment Services, Emergency Care Services, Transitional Living Program, Assessment Services Program, and Respite Child-Care Services (40 TAC §748.61, §749.61 and §750.61).

**Provider:** Is an entity that provides services to DFPS or its children or youth. It is used interchangeably with Contractor.

**Prudent Parent Standard:** The standard to make day to day decisions regarding Child activities based upon a reasonable assessment of the Child's age, development, desires, abilities, and potential risk associated with the activity.

**Psychiatrist:** A licensed physician with advanced training in the diagnosis and treatment of mental and emotional disorders.

**Psychologist:** a person who holds a license to engage in the practice of psychology issued under the licensing authority of the Receiving State.

**Receiving Contractor:** Any individual or legal entity designated by and contracting with DFPS, after having received the Form 2085-FC, to provide or be responsible for the Residential Child Care of the Child.

**Receiving State:** State in which a child is or will be placed.

**Relative:** A person connected to a Child by blood, marriage, or adoption.

**Residential Child-Care**: The care, custody, supervision, assessment, training, education, or treatment of an unrelated Child or Children for 24 hours a day that occurs in a place other than the Child's own home.

*RCC*———————————————————————————Page 63 of 89

                                                                                                      D000065

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "B"

Form 2282CSC
August 2021

**Return for Extended Foster Care:**  Young adults who were in DFPS managing conservatorship when turning 18 years of age and left care on turning 18 or later for a period of Trial Independence (TI) can return to participate in Extended Foster Care if eligibility criteria are met and there is an available placement.

**School-Age Child:**  A Child eligible for Pre-Kindergarten through 12th Grade.

**Serious Incident**: Any non-routine occurrence that has an impact on the care, supervision, or treatment of a Child or children.  This includes, but is not limited to, suicide attempts, injuries requiring medical treatment, runaways, commission of a crime, and allegations of abuse or neglect or abusive treatment.

**Service Levels**: An authorized structure that categorizes the Child's needs into a graduated scale from minimal intervention to severe intervention.  (40 TAC §700.2301 through §700.2407)

**Service Management:**  A clinical service performed by the STAR Health contractor (Superior/ Cenpatico) to facilitate development of a health care service plan and coordination of clinical services among a member's primary care physician and specialty Contractors to ensure members with special health care needs have access to, and appropriately utilize, medically necessary covered services.

**Service Plan**: The Contractor's developed plan that addresses the services that will be provided to a Child to meet the Child's specific needs while placed in the Contractor's care.

**Sibling Group:** Children originating from the same household and in DFPS conservatorship. The following relationships are included within the definition of sibling: biological siblings, who may have either one or both parents in common; siblings who are related by adoption; and step-siblings, who are siblings in which the parents have had a significant relationship and have cohabitated as a family unit for a period of time. A sibling relationship continues even if the parental rights of the siblings have been terminated or otherwise disrupted.

**Skilled Caregiver:** A health service is determined to be skilled based upon whether or not clinical training is necessary for the service to be delivered safely and effectively and on the need for physician-directed medical care. Examples of individuals with clinical training include a registered nurse, licensed practical nurse, respiratory therapist, physical therapist, occupational therapist, and speech therapist. This list is not all-inclusive. Services provided by a certified nursing assistant or home health aide do not qualify as skilled care services.

**Social Skills**:  Skills necessary to function in the community.  Social Skills include, but are not limited to, the ability to communicate with others, knowledge of community resources, scheduling and attending medical appointments, job interviewing, cultural competency, and the ability to interact in various social situations.

Confidential

D000066

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "B"

**Special Immigrant Juvenile Status:** A designation that enables eligible undocumented children in DFPS conservatorship to become permanent residents under the terms and conditions of U.S. Immigration and Customs Enforcement.

**STAR Health:** Is a statewide, comprehensive healthcare system that was designed to better coordinate and improve access to healthcare for:

- Children in DFPS conservatorship (under age 18);
- Young adults in CPS extended care or voluntary foster care agreements (ages 18 through the month of their 22nd birthday);
- Young adults who were previously in foster care and are living independently and receive either Former Foster Care Children's (FFCC) Medicaid or Medicaid for Transition Youth (MTFCY) (ages 18 through the month of their 21st birthday); and
- Young adults who were previously in foster care who are participating in the Former Foster Care in Higher Education (FFCHE) program (ages 18 through the month of their 23rd birthday).

**Substitute Care**: The residential care and support provided to a:
A) Child in the Department's managing conservatorship who has been placed in a living situation outside the Child's own home in order to protect the Child from abuse or neglect; or
B) Child who has turned 18 years of age and has voluntarily agreed to participate in the Department's Extended Foster Care program or Return to Care program and meets the requirements of such.

**Supervise (children):** Awareness of and responsibility for a Child's ongoing activity. Supervision requires Caregivers to have knowledge of program and children's needs and to be accountable for service delivery. The operation is responsible for providing the degree of supervision indicated by a Child's age, developmental level; and physical, emotional, and social needs.

**Surrogate Parent:** A person appointed by the court or school district to make decisions regarding special education services for a Child who does not have a parent available. The law prohibits a CPS Caseworker or Residential Treatment Center staff from serving as a Surrogate Parent; a Foster Parent may serve as a Surrogate Parent, if appointed.

**Supine Restraint:** Placing a Child in a chest up restraint hold.

**Telecommunications:** The transmission, emission, or reception of voice and/or data through any medium by wire, radio, other electrical electromagnetic or optical means. Telecommunications includes all aspects of transmitting information, such as telephone, text messaging, videoconferencing, and any type of communication via the internet including Voice Over Internet Protocol (VOIP), e-mail, social networking, instant messaging, and wireless data exchange.

Confidential

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "B"**

Form 2282CSC
August 2021

**Texas Health Steps**: A program which provides medical and dental preventive care and treatment to Medicaid-enrolled children from birth to 21 years of age.

**Therapy:** The provision of assistance and guidance in resolving personal, social, or psychological problems and difficulties through a collaborative process that facilitates progress toward mutually determined treatment goals and objectives.  Therapy is provided by a trained professional who demonstrates competence in the ability to appropriately use treatment modalities for individuals, families and groups.

**Trauma Informed Care (TIC) Training :** Child-centered, strength-based instruction that considers the unique culture, experiences and beliefs of the child and ensures that training participants understand and can apply the following:
A) The impact that traumatic experiences have on the lives of Children;
B) The symptoms of childhood trauma;
C) How to understand a Child's personal trauma history;
D) How to recognize the Child's trauma triggers; and
E) How to respond in ways that improve a Child's ability to trust, to feel safe, and to adapt to changes in the Child's environment.

**Treatment Services:**  A specialized type of Child-Care Services designed to treat and/or support a Child with Emotional Disorders, Intellectual and Developmental Disabilities, Pervasive Developmental Disorder, or Primary Medical Needs as described in 40 TAC §748.61.

**Trial Independence:**  Trial independence (TI) is a period of time that allows a Young Adult who was in DFPS managing conservatorship when turning 18 years of age to leave care on turning 18 or later for up to six months or up to 12 months with a court order for this, to see if he or she can live independently. If necessary, the Young Adult can return to foster care during this period for Extended Foster Care if eligibility criteria are met.

**Tuition and Fee Waiver:**  A waiver of tuition and fees at State supported colleges, universities and vocational schools for eligible children who are in DFPS conservatorship:
A) On or after their 18th birthday; or
B) The day they receive their high school diploma or its equivalent; or
C) At age 14 or older are eligible for adoption.  (Texas Education Code, §54.366.)

**Unplanned Discharge:**  A discharge where the Department has not provided the Contractor advance notice of removal.

**Unproductive Work:** Work that serves no purpose except to demean the child.  Examples include moving rocks or logs from one pile to another or digging a hole and then filling it in. Unproductive work is never an appropriate behavior management tool. (40 TAC, § 748.2305).

*RCC*———————————————————————————Page 66 of 89

Confidential                                                                D000068

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "B"**

Form 2282CSC
August 2021

**Voluntary Extended Foster Care Agreement Form 2540:** The Department's form which documents the Child's agreement to voluntarily remain in Foster Care after their 18th birthday and outlines the categories of activity which qualify a Child to remain in Foster Care.

**Well-being Specialists:** DFPS liaisons to Superior, the company that operates the Contractor network for STAR Health, a Medicaid managed care health care program for Children in DFPS conservatorship and young adults who have aged out of care.   Contract information for regional Well-being Specialists can be found at:
http://www.dfps.state.tx.us/Child_Protection/Medical_Services/guide-star.asp

Confidential

D000069

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

Form 2282CSC
August 2021

## Service Level Descriptions

### 700.2301. BASIC SERVICE LEVEL
The Basic Service Level consists of a supportive setting, preferably in a family, that is designed to maintain or improve the Child's functioning including:
1) Routine guidance and supervision to ensure the Child's safety and sense of security;
2) Affection, reassurance, and involvement in activities appropriate to the Child's age and development to promote the Child's well-being;
3) Contact, in a manner that is deemed in the best interest of the Child, with siblings, family members and other persons significant to the Child to maintain a sense of identity and culture; and
4) Access to services that help a person keep, learn or improve skills and functioning for daily living, therapeutic and medical intervention and guidance from professionals or paraprofessionals, on an as-needed basis, to help the Child maintain functioning appropriate to the Child's age and development.

### 700.2303. CHARACTERISTICS OF A CHILD THAT NEEDS BASIC SERVICES
A Child needing basic services is capable of responding to limit-setting or other interventions. The Children needing basic services may include:
1) A Child whose characteristics include one or more of the following:
   A. Transient difficulties and occasional misbehavior;
   B. Acting out in response to stress, but episodes of acting out are brief; and
   C. Behavior that is minimally disturbing to others, but the behavior is considered typical for the Child's age and can be corrected.
2) A Child with intellectual and or developmental disabilities whose characteristics include minor to moderate difficulties with conceptual, social, and practical adaptive skills.

### 700.2321. MODERATE SERVICE LEVEL
1) The Moderate Service Level consists of a structured supportive setting, preferably in a family, in which most activities are designed to improve the Child's functioning including:
   A. More than routine guidance and supervision to ensure the Child's safety and sense of security;
   B. Affection, reassurance, and involvement in structured activities appropriate to the Child's age and development to promote the Child's well-being;
   C. Contact, in a manner that is deemed in the best interest of the Child, with siblings, family members and other persons significant to the Child to maintain a sense of identity and culture; and
   D. Access to services that help a person keep, learn or improve skills and functioning for daily living, therapeutic and medical intervention and guidance from professionals or paraprofessionals to help the Child attain or maintain functioning appropriate to the Child's age and development.
2) In addition to the description in Subsection 1) of this Section, a Child with primary medical needs or a Child that requires services that help a person keep, learn or improve skills and

Confidential

D000070

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

Form 2282CSC
August 2021

functioning for daily living, including intermittent interventions from a Skilled Caregiver who has demonstrated competence.

### 700.2323. CHARACTERISTICS OF A CHILD WHO NEEDS MODERATE SERVICES

A Child needing moderate services has problems in one or more areas of functioning. The Children needing moderate services may include:

1) A Child whose characteristics include one or more of the following:
   A. Frequent non-violent, anti-social acts;
   B. Occasional physical aggression;
   C. Minor self-injurious actions; and
   D. Difficulties that present a moderate risk of harm to self or others.
2) A Child who abuses alcohol, drugs, or other conscious-altering substances whose characteristics include one or more of the following:
   A. Substance abuse to the extent or frequency that the Child is at-risk of substantial problems; and
   B. A historical diagnosis of substance abuse or dependency with a need for regular community support through groups or similar interventions.
3) A Child with intellectual and or developmental disabilities whose characteristics include:
   A. Moderate to substantial difficulties with conceptual, social, and practical adaptive skills to include daily living and self-care; and
   B. Moderate impairment in communication, cognition, or expressions of affect.
4) A Child with primary medical needs or a Child that requires services that help a person keep, learn or improve skills and functioning for daily living, whose characteristics include one or more of the following:
   A. Occasional exacerbations or intermittent interventions in relation to the diagnosed medical condition;
   B. Limited daily living and self-care skills;
   C. Ambulatory with assistance; and
   D. Daily access to on-call, Skilled Caregivers with demonstrated competency.

### 700.2341. SPECIALIZED SERVICE LEVEL

1) The Specialized Service Level consists of a treatment setting, preferably in a family, in which Caregivers have specialized training to provide services that help a person keep, learn or improve skills and functioning for daily living, therapeutic and medical support and interventions including:
   A. 24-hour supervision to ensure the Child's safety and sense of security, which includes close monitoring and increased limit setting;
   B. Affection, reassurance, and involvement in therapeutic activities appropriate to the Child's age and development to promote the Child's well-being;
   C. Contact, in a manner that is deemed in the best interest of the Child, with family members and other persons significant to the Child to maintain a sense of identity and culture; and
   D. Requires services that help a person keep, learn or improve skills and functioning for daily living, therapeutic and medical intervention and guidance that is regularly

*RCC*————————————————————————————————————Page 69 of 89

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

Form 2282CSC
August 2021

scheduled and professionally designed and supervised to help the Child attain functioning appropriate to the Child's age and development.

2) In addition to the description in Subsection 1) of this Section, a Child with primary medical needs or a Child that requires services that help a person keep, learn or improve skills and functioning for daily living, including regular interventions from a Skilled Caregiver who has demonstrated competence.

## 700.2343 CHARACTERISTICS OF A CHILD THAT NEEDS SPECIALIZED SERVICES

A Child needing specialized services has severe problems in one or more areas of functioning. The Children needing specialized services may include:

1) A Child whose characteristics include one or more of the following:
   A. Unpredictable non-violent, anti-social acts;
   B. Frequent or unpredictable physical aggression;
   C. Being markedly withdrawn and isolated;
   D. Major self-injurious actions to include recent suicide attempts; and
   E. Difficulties that present a significant risk of harm to self or others.
2) A Child who abuses alcohol, drugs, or other conscious-altering substances whose characteristics include one or more of the following:
   A. Severe impairment because of the substance abuse; and
   B. A primary diagnosis of substance abuse or dependency.
3) A Child with intellectual and or developmental disabilities whose characteristics include one or more of the following:
   A. Severely impaired conceptual, social, and practical adaptive skills to include daily living and self-care;
   B. Severe impairment in communication, cognition, or expressions of affect;
   C. Lack of motivation or the inability to complete self-care activities or participate in social activities;
   D. Inability to respond appropriately to an emergency; and
   E. Multiple physical disabilities including sensory impairments.
4) A Child with primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living whose characteristics include one or more of the following:
   A. Regular or frequent exacerbations or interventions in relation to the diagnosed medical condition;
   B. Severely limited daily living and self-care skills;
   C. Non-ambulatory or confined to a bed; and
   D. Constant access to on-site, medically Skilled Caregivers with demonstrated competencies in the interventions needed by Children in their care.

Confidential                                                                D000072

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

#### 700.2361 INTENSE SERVICE LEVEL

1) The Intense Service Level consists of a high degree of structure, preferably in a family, to limit the Child's access to environments as necessary to protect the Child. The Caregivers have specialized training to provide intense services that help a person keep, learn or improve skills and functioning for daily living, and therapeutic supports and interventions with limited outside access, including:

   A. 24-hour supervision to ensure the Child's safety and sense of security, which includes frequent one-to-one monitoring with the ability to provide immediate on-site response.

   B. Affection, reassurance, and involvement in therapeutic activities appropriate to the Child's age and development to promote the Child's well-being;

   C. Contact, in a manner that is deemed in the best interest of the Child, with siblings, family members and other persons significant to the Child, to maintain a sense of identity and culture;

   D. Requires services that help a person keep, learn, or improve skills and functioning for daily living, therapeutic and medical intervention and guidance that is frequently scheduled and professionally designed and supervised to help the Child attain functioning more appropriate to the Child's age and development; and

   E. Consistent and frequent attention, direction, and assistance to help the Child attain stabilization and connect appropriately with the Child's environment.

2) In addition to the description in Subsection 1) of this Section, a Child with intellectual and or developmental disabilities needs professionally directed, designed and monitored interventions to enhance mobility, communication, sensory, motor, and cognitive development, and self-help skills.

3) In addition to the description in Subsection 1) of this Section, a Child with primary medical needs or services that help a person keep, learn or improve skills and functioning for daily living requires frequent and consistent interventions. The Child may be dependent on people or technology for accommodation and require interventions designed, monitored, or approved by an appropriately constituted interdisciplinary team.

#### 700.2363 CHARACTERISTICS OF A CHILD THAT NEEDS INTENSE SERVICES

A Child needing intense services has severe problems in one or more areas of functioning that present an imminent and critical danger of harm to self or others. The Children needing intense services may include:

1) A Child whose characteristics include one or more of the following:

   A. Extreme physical aggression that causes harm;

   B. Recurring major self-injurious actions to include serious suicide attempts;

   C. Other difficulties that present a critical risk of harm to self or others; and

   D. Severely impaired reality testing, communication skills, cognitive, affect, or personal hygiene.

2) A Child who abuses alcohol, drugs, or other conscious-altering substances whose characteristics include a primary diagnosis of substance dependency in addition to being extremely aggressive or self-destructive to the point of causing harm.

Confidential

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "C"

Form 2282CSC
August 2021

3)  A Child with intellectual and or developmental disabilities whose characteristics include one or more of the following:
    A.  Impairments so severe in conceptual, social, and practical adaptive skills that the Child's ability to actively participate in the program is limited and requires constant one-to-one supervision for the safety of self or others; and
    B.  A consistent inability to cooperate in self-care while requiring constant one-to-one supervision for the safety of self or others.
4)  A Child with primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living have needs that presents an imminent and critical medical risk whose characteristics include one or more of the following:
    A.  Frequent acute exacerbations and chronic, intensive interventions in relation to the diagnosed medical condition;
    B.  Inability to perform daily living or self-care skills; and
    C.  24-hour on-site, medical supervision to sustain life support.

Confidential                                                                                          D000074

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

Form 2282CSC
August 2021

## 100 Supervision

### B100 BASIC SERVICE LEVEL SUPERVISION

**B100.01** The Caregiver provides a supportive setting, preferably a family that is designed to maintain or improve the Child's functioning by establishing clear rules appropriate to the developmental and functional levels of the Child.

**B100.02** The Caregiver establishes a clear system of rewards and consequences.

**B100.03** The Caregiver supervises a Child through guidance to ensure the Child's safety and sense of security.

**B100.04** The Caregiver provides regular daily supervision.  The Caregiver will consider the following primary factors that impact supervision: Time, environment, activities, Caregivers, admission and service plans, age of Child, high-risk behaviors and any other factors important in assessing supervision.

**B100.05** The Caregiver provides a proper balance between supervision, autonomy and independence.

### M100 MODERATE SERVICE LEVEL SUPERVISION

In addition to the supervision that is required at the Basic Service Level,

**M100.01** The Caregiver provides more than routine supervision with additional structure and support, preferably in a family-like setting. The supervision should include structured daily routines with limit setting.

**M100.02** For a Child with intellectual and or developmental disabilities, primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living, the Caregiver provides regular daily supervision.

**M100.03** For a Child with primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living, the Caregiver provides, as appropriate, intermittent interventions that typically consist of verbal guidance, assistance, and monitoring from a Caregiver.

### S100 SPECIALIZED SERVICE LEVEL SUPERVISION

In addition to the supervision required at the Moderate Service Level,

**S100.01** The Contractor has a written policy statement describing how supervision is provided and explaining how the program is structured to stabilize or improve the Child's functioning.

**S100.02** The Contractor has specialized training to provide services that help a person keep, learn or improve skills and functioning for daily living and therapeutic support and interventions in a treatment setting.

**S100.03** The Contractor has an adequate number of Caregivers available at all times to meet a Child's needs, taking into account the Child's age, medical, physical and mental condition, and other factors that affect the amount of supervision required.

**S100.04** The Contractor has written plans for the direct, continuous observation of a Child who presents a significant risk of harm to self or others.

Confidential                                                                                     D000075

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

**S100.05** For a Child with Pervasive Developmental Disorder or intellectual and developmental disabilities the Caregiver provides close daily supervision.

**S100.06** For a Child with primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living, the Caregiver provides constant supervision and, as appropriate, extensive intervention which typically consists of physical intervention, assistance, and monitoring from a Caregiver.

## I100 INTENSE SERVICE LEVEL SUPERVISION

In addition to the supervision required at the Specialized Service Level,

**I100.01** The Caregiver has specialized training to provide intense services that help a person keep, learn or improve skills and functioning for daily living and therapeutic support and interventions in a highly structured treatment setting with little outside access.

**I100.02** An adequate number of Caregivers are available to provide24-hour supervision.

**I100.03** For a Child with intellectual and or developmental disabilities the Caregiver provides 24-hour supervision.

**I100.04** For a Child with primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living, the Caregiver provides twenty-four hour close supervision and, as appropriate, frequent and continuous interventions which typically consist of hands-on physical intervention, assistance, and monitoring from a Caregiver.

Confidential

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

Form 2282CSC
August 2021

## 101 Child-To-Caregiver Ratios

**B101 BASIC SERVICE LEVELS** - The child-to-caregiver ratio must meet the applicable licensing standards.

**M101 MODERATE SERVICE LEVELS** - The child-to-caregiver ratio must meet the applicable licensing standards.

**S101 SPECIALIZED SERVICE LEVELS -** The child-to-caregiver ratio must meet the applicable licensing standards.

**S101.01**  There must be a written staffing plan documenting the ability to provide awake Caregivers throughout the night whenever necessary to meet the needs of a particular child.

**I101 INTENSE SERVICE LEVEL CHILD-TO-CAREGIVER RATIOS**

**I101.01** During all waking hours the Caregiver's child-to-caregiver ratio must be no more than 5 to 1.

**I101.02** During sleep hours the Caregiver's child-to-caregiver ratio must meet the applicable licensing standards.

**I101.03** There are enough Caregivers, to provide 24-hour supervision to ensure the child's safety and sense of security, which includes frequent one-to-one monitoring with the ability to provide immediate on-site response.

**I101.04** The staffing patterns and assignments are documented in writing. The documentation includes the child-to-caregiver ratios, hours of coverage, and plans for providing backup Caregivers in emergencies.

**I101.05** The written staffing plan documents the ability to provide 1 to 1 child-to-caregiver ratio for 24 hours whenever necessary to meet the needs of a particular child.

Confidential

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

Form 2282CSC
August 2021

## 200 Medical

**B200 BASIC SERVICE LEVEL MEDICAL AND DENTAL SERVICES**
**B200.01** The Caregiver arranges for medical and dental services as determined by an agreement between the Caregiver and FPS. The medical and dental services include routine services, annual check-ups, and services that are medically necessary.
**B200.02** The Caregiver documents in the Child's record that the Child received these services.
**B200.03** The Caregiver ensures that all the medications the Child needs are administered as prescribed by the physician.
**B200.04** The Caregiver ensures Children are taught age and developmentally appropriate sex education. This can include reproductive health, healthy romantic relationships, being sexually responsible, provide access to appropriate pregnancy prevention information and discuss sexually transmitted infections

**M200 MODERATE SERVICE LEVEL MEDICAL AND DENTAL SERVICES**
The Caregiver arranges for or ensures the same medical and dental services that are required at the Basic Service Level.
**M200.01** For a Child, receiving psychotropic medication, a physician, as often as clinically necessary and appropriate, must monitor the Child's condition.
**M200.02** For a Child, with intellectual and or developmental disabilities, primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living, the Caregiver arranges, as appropriate, for licensed nursing services, assistance with mobility, and routine adjustment or replacement of medical equipment.

**S200 SPECIALIZED SERVICE LEVEL MEDICAL AND DENTAL SERVICES**
The Contractor arranges for or ensures the same medical and dental services that are required at the Moderate Service Level.
**S200.01** The Contractor has a written plan, for medical personnel to provide routine medical, nursing and psychiatric services based on the needs of the Child as identified in the Child's service plan. The plan for medical, nursing and psychiatric services will include provisions for timely access to services in emergencies. The plan or agreement must also be sufficient to ensure appropriate monitoring of chronic but stable physical illnesses.
**S200.02** For a Child with intellectual and or developmental disabilities, primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living, the Contractor also arranges, as appropriate, for: consistent and frequent medical attention; a Skilled Caregiver to provide medical assistance; an on-call nurse to be available; assistance with mobility; and administering of life-support medications and treatments.

**I200 INTENSE SERVICE LEVEL MEDICAL AND DENTAL SERVICES**
The Contractor arranges for or ensures the same medical and dental services that are required at the Specialized Service Level.

*RCC*————————————————————————————Page 76 of 89

Confidential

D000078

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "C"

Form 2282CSC
August 2021

**I200.01** In addition, the Contractor has a written plan, for medical personnel to provide 24 hour, on-call medical, nursing and psychiatric services based on the needs of the Child as identified in the Child's service plan. The plan for medical, nursing and psychiatric services will include provisions for timely access to services in emergencies. The plan must also be sufficient to ensure appropriate monitoring of chronic illnesses.

**I200.02** For a Child with intellectual and developmental disabilities, primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living, the Contractor also arranges, as appropriate, for 24 hour medical or nursing supervision; 24 hour availability of nursing, medical, and psychiatric services; and 1 to 1 supervision during the provision of medical and dental services.

## 300 Recreation

**B300 BASIC SERVICE LEVEL RECREATIONAL AND LEISURE-TIME SERVICES**

**B300.01** The Caregiver ensures that opportunities to participate in community activities, such as school sports or other extracurricular school activities, church activities, or local social events, are available to the Child.

**B300.02** The Caregiver organizes family activities that identify, recognize, and reinforce the support that is available to the Child.

**M300 MODERATE SERVICE LEVEL RECREATIONAL AND LEISURE-TIME SERVICES**
In addition to the recreation and leisure-time services required at the Basic Service Level also:

**M300.01** The Caregiver arranges and supervises structured daily routines for the Child that includes recreational and leisure-time activities.

**M300.02** The Caregiver ensures the activities are designed to meet the Child's therapeutic, developmental, and medical needs.

**M300.03** The Caregiver documents the daily routine and the recreational and leisure-time activities the Child participated in.

**M300.04** The Caregiver allows enough flexibility in the daily routine and the activities for the Child to manage his time based on his individual goals.

**M300.05** The Caregiver provides activities that are modified to meet any restrictions or limitations, due to a Child's intellectual and or developmental disabilities, or medical condition.

**S300 SPECIALIZED SERVICE LEVEL RECREATIONAL AND LEISURE-TIME SERVICES**
In addition to the recreation and leisure time-services required at the Moderate Service Level:

**S300.01** The structured daily routine and the recreational and leisure-time activities are designed to address the needs of the Children in care.

**S300.02** The therapeutic value of each activity based on the Child's service plan is documented.

**S300.03** If the Child has primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living, recreational and leisure-time activities may require medical and physical supports.

Confidential

D000079

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

Form 2282CSC
August 2021

**I300 INTENSE SERVICE LEVEL RECREATIONAL AND LEISURE-TIME SERVICES**
In addition to the recreation and leisure-time services required at the Specialized Service Level,

**I300.01** An interdisciplinary team of professionals who are qualified to address the Child's individual needs designs an individualized service plan. The individual recreation plan must specify the structured daily routine and the recreational and leisure-time activities and must be included in the Child's service plan.

**I300.02** If the Child has primary medical needs or requires services that help a person keep, learn or improve skills and functioning for daily living, the recreational and leisure-time activities may require 1-to-1 medical and physical supports.

Confidential

D000080

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "C"

Form 2282CSC
August 2021

## 400 Education

### B400 BASIC SERVICE LEVEL EDUCATIONAL SERVICES

**B400.01** Access to a free and appropriate education within the limits of state and federal law is arranged and ensured for each Child.

**B400.02** Reasonable support and assistance will be provided for each Child who qualifies as a special education student under the Individual with Disabilities Education Act to ensure that the appropriate educational and related services, including Early Intervention, are available in the least restrictive environment appropriate. This may include the necessity to participate in the Admission, Review, and Dismissal Committee to develop the Individual Education Plan explaining how the student will be educated.

### B401 BASIC, MODERATE, SPECIALIZED AND INTENSE SERVICE LEVELS SCHOOLING

A Child needs:

**B401.01** a public school accredited by the Receiving State's education agency;

**B401.02** a special "nonpublic-school" with an educational program approved by the Receiving State's education agency;

**B401.03** a private or other nonpublic school accredited under under the requirements of the Receiving State's education agency and accreditation for private or non-public schools.

### M400 MODERATE SERVICE LEVEL EDUCATIONAL SERVICES

In addition to the educational services required at the Basic Service Level,

**M400.01** Additional structure and educational support is provided.

### S400 SPECIALIZED SERVICE LEVEL EDUCATIONAL SERVICES

In addition to the educational services required at the Moderate Service Level.

**S400.01** The Caregiver must coordinate the Child's educational and related services with the Child's service plan, and document their consistency.

**S400.02** The Caregiver must designate a liaison with the Child's school.

**S400.03** The Caregiver must document the liaison's involvement in the Child's schooling.

**S400.04** The Caregiver must document a written description of the relationship between the Contractor and the school district; or a written agreement between the Contractor and the school district outlining the responsibilities of each party; and including procedures for resolving conflicts.

### I400 INTENSE SERVICE LEVEL EDUCATIONAL SERVICES

In addition to the educational services required at the Specialized Service Level,

**I400.01** One to one support, as appropriate, is provided by Caregivers knowledgeable and trained to deal with the Child's special needs and to encourage the Child to participate in the education process.

Confidential

D000081

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "C"

Form 2282CSC
August 2021

## 500 Casework and Support Services

**B500 BASIC SERVICE LEVEL CASEWORK AND SUPPORT SERVICES**
Services that are designed to maintain and improve the Child's functioning are provided in a family setting.

**B500.01** Assistance and support in developing or maintaining social skills appropriate to the Child's age and development is provided.

**B500.02** Affection, reassurance, and involvement in activities appropriate to the Child's age and development to promote the Child's well-being must be provided.

**B500.03** Support in helping the Child adjust to the current placement must be provided.

**B500.04** Access to services that help a person keep, learn or improve skills and functioning for daily living, therapeutic and medical support addressing the Child's particular needs, as specified in the Child's service plan must be provided. If services that help a person keep, learn or improve skills and functioning for daily living, therapeutic and medical support services are provided, they must be documented.

**M500 MODERATE SERVICE LEVEL CASEWORK AND SUPPORT SERVICES**
In addition to the casework and support services required at the Basic Service Level, additional structure and support is provided in a family-like setting.

**M500.01** The Contractor also ensures that all Caregivers receive support and direction from someone who is qualified to supervise their functioning as a Caregiver.

**M500.02** The Contractor also ensures completion of a diagnostic assessment on each Child within 30 days of admission. The assessment must address the Child's strengths and needs in the following areas: physical; psychological; behavioral; family; social; and educational.

**M500.03** The Contractor ensures provision of intermittent services that help a person keep, learn or improve skills and functioning for daily living, therapeutic and medical interventions in an environment designed to help the Child attain or maintain functioning appropriate to the Child's age and development.

**M500.04** The Contractor also ensures provision of individual, group, and family therapy for those Children who need therapy by professional therapists or counselors or paraprofessional staff under the direct supervision of professional therapists or counselors.

**M500.05** The Contractor also ensures documentation of the Contractor's philosophy and program model governing therapeutic interventions and treatments and ensures that the services that help a person keep, learn or improve skills and functioning for daily living or therapeutic program addresses the Child's individual needs.

**M500.06** The Contractor ensures a written schedule of structured daily routines that is consistent with the Contractor's programs of therapeutic support.

**M500.07** If the Child qualifies for substance abuse services, the Contractor arranges for a substance abuse assessment and intensive therapeutic interventions. The therapeutic interventions may be provided on an outpatient basis and may include individual, family, or group therapy.

Confidential

D000082

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "C"**

Form 2282CSC
August 2021

**S500 SPECIALIZED SERVICE LEVEL CASEWORK AND SUPPORT SERVICES**
In addition to the casework and support services required at the Moderate Service Level,
**S500.01** Services that help a person keep, learn or improve skills and functioning for daily living, therapeutic and medical interventions that are regularly scheduled, and professionally designed and supervised to help the Child attain functioning appropriate to the Child's age and development must be provided.
**S500.02** Individual, group, and family therapy by professional therapists or counselors for those Children who need therapy, must be provided.
**S500.03** If the Child qualifies for substance abuse services, the Contractor arranges for the Child to participate in a substance abuse treatment program. The program may be either residential or nonresidential. Before arranging admission to a residential substance abuse treatment program, the Contractor must obtain prior written approval from the CPS caseworker and supervisor, and notify the Regional Placement Team.

**I500 INTENSE SERVICE LEVEL CASEWORK AND SUPPORT SERVICES**
In addition to the casework and support services required at the Specialized Service Level,
**I500.01** The Child is provided with frequent and intense services that help a person keep, learn or improve skills and functioning for daily living, therapeutic and medical interventions that are individually designed to stabilize the Child's condition.

## 501 Service Plans

**B501 BASIC SERVICE LEVEL SERVICE PLAN REQUIREMENTS**
**B501.01** A service plan must be developed within 30 calendar days of the Child's admission.
**B501.02** The service plan must be based on the Child's plan for permanency.
**B501.03** The service plan must identify strengths and document strategies to address the Child's medical and dental needs, developmental, educational, and vocational needs, including life skills appropriate to the Child's age and development, family contact needs; social needs; and emotional needs.
**B501.04** The Caregiver and the Child, as appropriate, actively participate in the development, implementation, and periodic review of the service plan.
**B501.05** The Contractor must periodically review service plans according to the appropriate licensing standard.

**M501 MODERATE SERVICE LEVEL SERVICE PLAN REQUIREMENTS**
In addition to the service plan requirements at the Basic Service Level,
**M501.01** The Contractor must have a case manager to coordinate implementation of the service plan.
**M501.02** The Contractor must develop a service plan based on the diagnostic needs assessment for each Child within 30 calendar days of the Child's admission. This plan must include:
    (A)   An estimate of the length of time the Child will remain in care;
    (B)   A description of the goals of service;
    (C)   Specific instructions for Caregivers;

Confidential

D000083

# Child-Specific
## Residential Child-Care Contract
## RTC Out-of-State
## Attachment "C"

    (D)   A transition plan; and
    (E)   Documentation of:
        (i) The plan having been shared with the Child and the Child's parents or managing conservator; and
        (ii) The Child's care to date.

**M501.03** The Contractor must, when reviewing a service plan:
    (A)   Evaluate the services to date that have been provided to the Child in each domain or function; and
    (B)   Identify any additional need that has arisen since the previous service plan was developed.

## S501 SPECIALIZED SERVICE LEVEL SERVICE PLAN REQUIREMENTS

In addition to the service plan requirements at the Moderate Service Level,

**S501.01** An initial service plan for each Child is developed within 72 hours of the Child's admission.

**S501.02** The diagnostic needs assessment and service plan for each Child are developed by an interdisciplinary team or a full-time staff member with three years of experience in treating Children with similar characteristics who has a master's degree in a mental health field from an accredited college or university and is licensed as a therapist or counselor or has a professional medical license.

## I501 INTENSE SERVICE LEVEL SERVICE PLAN REQUIREMENTS

In addition to the service plan requirement at the Specialized Service Level, the Contractor must expand the service plan to cover all of the Child's waking hours and include:

**I501.01** A description of the emotional, behavioral, and physical conditions that require intense services;

**I501.02** A description of the emotional, behavioral, and physical conditions the Child must achieve and maintain to be assigned to a lower Service Level;

**I501.03** A description of the special treatment program and other services and activities that are planned to help the Child achieve and maintain a condition allowing a lower Service Level;

**I501.04** Criteria for re-evaluating the Child's condition after 90 days and deciding whether to continue the placement at the Intense Service Level; continue the placement at a lower Service Level; transfer the Child to a less restrictive setting; or refer the Child to an inpatient hospital; and,

**I501.05** The Contractor must ensure that an interdisciplinary team of professionals develop, review, and supervise each Child's service plan.

Confidential

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "C"

## 502 Training

### B502 BASIC CARE LEVEL TRAINING REQUIREMENTS

**B502.01** Each Caregiver receives, at a minimum, 35 hours of pre-service training prior to providing direct care services to a Child, prior to home verification or approval of a foster home. Pre-service training components are referenced within Minimum Standards.

**B502.02** Each family unit must receive at least 20 hours of training every year to help them understand the needs and characteristics of Children in care; provide the care and emotional support that Children need; and appropriately manage Children's behavior.

Note: First-aid and cardiopulmonary-resuscitation training cannot be counted toward meeting this annual training requirement. However, hours earned renewing First-aid and cardiopulmonary resuscitation may be counted toward the annual requirement.

**B502.03** When a foster parent is absent from the home for an extended time for military service or employment, training requirements may be adjusted, consistent with Minimum Standards §749.951.

**B502.04**          Pre-Serve Training Requirement-Each Caregiver and employee who provides direct care must complete at least eight hours of Trauma Informed Care Training prior to being the only Caregiver responsible for a Child in care. Trauma Informed Care Training should provide practical information that prepares the Caregiver to put into practice what they have learned. Training should include at least one of the DFPS approved Trauma Informed Care Trainings; a component on Adverse Child Experiences (ACEs) and training and resources related to prevention and management of Secondary Traumatic Stress (Compassion Fatigue).

Annual Refresher Training Requirement-Each Caregiver and employee who provides direct care must complete at least two hours of Trauma Informed Care Training annually. Trauma Informed Care Training should provide practical information that prepares the Caregiver to put into practice and build on what they have learned. Contractors may select their own curriculum/model for the annual refresher training.

Additional Requirements-Certification of completed Trauma Informed Care Training must be placed in staff and foster parent records and documented in accordance with the applicable child welfare licensing authority of the state in which the Contractor is located.  DFPS approved Trauma Informed Care Training can be found at: https://www.fostercaretx.com/content/fostercaretx/en_us/for-members/resources/training.html and http://www.dfps.state.tx.us/training/trauma_informed_care/. Contractors are encouraged to    complement required Trauma Informed Care Training, with other training, to support the Caregiver and employee in understanding Trauma Informed

Confidential

D000085

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "C"

Form 2282CSC
August 2021

Care. Additional Trauma Informed Care Training options can be found at: <u>National Child Traumatic Stress Network - Child Trauma Home |</u> and <u>Texas Health Steps</u>.

**M502 MODERATE SERVICE LEVEL TRAINING REQUIREMENTS**
In addition to the training requirements at the Basic Service Level,

**M502.01** Each Caregiver must receive pre-service training in areas appropriate to the needs and characteristics of Children in care. At the conclusion of pre-service training, every foster family must have an individualized annual foster family training plan based on the population of Children that the foster family serves.

**M502.02** The number of hours of annual training required at the Moderate Service Level is 30 hours per Caregiver. These hours of training must help the Caregiver understand the Contractor's required services that help a person keep, learn or improve skills and functioning for daily living therapeutic and treatment modalities, service programming, and behavior management programs.

**M502.03** Each Caregiver and employee who administers psychotropic medications must complete the computer-based DFPS Psychotropic Medication Training as part of pre-service training and annually thereafter, which is available at: <u>http://www.dfps.state.tx.us/Child_Protection/Medical_Services/guide-psychotropic.asp</u>.

**M502.04** Each Caregiver and employee who administers psychotropic medications must demonstrate competence by successful completion of the DFPS Psychotropic Medication Training post-test, contained within the training, and retain documentation of successful completion in staff and foster parent records.

Note: The training received on psychotropic medication may be counted toward the annual training requirement.

**S502 SPECIALIZED SERVICE LEVEL TRAINING REQUIREMENTS**
In addition to the training requirements at the Moderate Service Level,

**S502.01** New Caregivers without previous experience in a residential Child-care may not be assigned sole responsibility for any Child until the new Caregiver has been supervised for at least 40 hours while conducting direct child-care duties. An experienced Caregiver must be physically available to monitor and assist each new Caregiver at all times, until the new Caregiver acquires the supervised experience. The Contractor must document the supervised child-care experience of every Caregiver who provides direct care to Children.  Documented verification of a minimum of one year relevant experience to the population that the Caregiver would serve, such as Children with primary medical needs, pervasive development disorders, intellectual and developmental disabilities, emotional disorders, and physical disabilities, may permit new Caregivers to be waived from the 40-hour supervision requirement.

**S502.02** All Caregivers must receive 50 hours of training each year with the exception of Caregivers in foster homes verified by child-placing agencies,

**S502.03** Caregivers in foster homes verified by child-placing agencies must meet the following requirements: for homes with two or more Caregivers, each Caregiver must receive at

Confidential

D000086

Texas Dept of Family
and Protective Services
# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "C"

Form 2282CSC
August 2021

least 30 hours of training; OR for homes with one Caregiver, the Caregiver must receive at least 30 hours of training.

## 503 Personnel

### B503 BASIC SERVICE LEVEL PERSONNEL REQUIREMENTS

Contractors must ensure that all Caregivers and staff members meet all appropriate licensing and contract requirements.

### M503 MODERATE SERVICE LEVEL PERSONNEL REQUIREMENTS

In addition to the personnel requirements at the Basic Service Level, the Contractor must also meet the following requirements:

**M503.01** The staff includes at least one case manager.

**M503.02** The casework and clinical supervisory staff have at least one year of experience in providing services to Children who have been removed from their homes.

**M503.03** Each staff member with primary administrative and clinical responsibility for managing the therapeutic interventions and programs:

(A) Is a psychiatrist; or

(B) Is a psychologist; or

(C) Has a master's degree in social work or another field of human services, and is an appropriately licensed and qualified paraprofessional or professional under the program model governing the Contractor's therapeutic interventions and treatments; or

(D) Has a bachelor's degree in social work or another field of human services, and at least three years of experience in providing care to Children who have been removed from their homes; or

(E) Has a bachelor's degree in a field other than human services, and at least five years of experience in providing care to Children who have been removed from their homes, including at least two years of clinical supervisory experience.

**M503.04** Professional therapists, or paraprofessional staff under the direct supervision of professional therapists, conduct interventions, such as individual, group, and family therapy.

**M503.05** The Contractor documents the treatment-plan strategies developed for, and the hours of therapeutic services and types of intervention provided to, the Children in care.

**M503.06** The Contractor documents the number of paraprofessional or professional staff scheduled to provide therapeutic interactions.

**M503.07** The Contractor has enough appropriately qualified paraprofessional or professional staff available on a full-time, part-time, or consulting basis to assess and address the needs of all the Children in care.

**M503.08** The Contractor has a professional-staffing plan that: includes a detailed description of the qualifications, responsibilities, and authority of every paraprofessional or professional position; indicates whether each such position is filled on a full-time, part-

Confidential

D000087

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "C"

Form 2282CSC
August 2021

time, or consulting basis; and specifies the frequency and hours of service for each position.

**M503.09** The Contractor has ensured that the professional-staffing plan assigns responsibilities for conducting diagnostic assessments, developing and reviewing service plans, and providing treatment services.

## S503 SPECIALIZED SERVICE LEVEL PERSONNEL REQUIREMENTS

In addition to the personnel requirements at the Moderate Service Level,

**S503.01** The Contractor arranges for interventions such as individual, group, and family therapy to be conducted by professional therapists; or behavior or medical intervention as directed by the service plan.

## I503 INTENSE SERVICE LEVEL PERSONNEL REQUIREMENTS

In addition to the personnel requirements at the Specialized Service Level,

**I503.01** The Contractor ensures that a physician recommends and approves services at the time of the initial diagnosis and at each review.

**I503.02** The individual treatment program is developed by an interdisciplinary team to address the Child's intense needs.

Confidential

D000088

Texas Dept of Family
and Protective Services

# Child-Specific
# Residential Child-Care Contract
# RTC Out-of-State
# Attachment "D"

Form 2282CSC
August 2021

**This page is intentionally left blank.**

Confidential

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "E"**

Form 2282CSC
August 2021

### Special Terms and Conditions

**Woodridge of Tennessee, LLC DBA Perimeter Behavioral of Jackson** will provide the
following services for ███████████████████ :

1. Contractor will provide one to one supervision during awake hours due to child's history
   of self-harm and aggressive behaviors with peers and staff members.

2. Contractor will provide 15 minute bed checks during sleeping hours.

3. Contractor will ensure medical recommendations and medications are followed for child.
   All medical reports and information regarding psychopharmacological management, case
   coordination of all medication and providers/prescribers will be provided to the CPS
   caseworker immediately when altered or changed. Medical reports will be provided to
   the DFPS caseworker for child monthly.

4. Contractor will provide weekly therapy to address her mental health needs, aggressive
   behavior, depressive disorder, impulsiveness and past trauma of child neglect, trauma
   informed cognitive behavioral therapy, her permanency goal of unrelated adoption,
   appropriate sexual boundaries, lack self-confidence, difficulty avoiding peer pressure, as
   well as coping and de-escalating skills to alleviate her aggressive behaviors.

5. Contractor will provide monthly therapy notes to the DFPS caseworker.

6. Contractor will ensure at minimum weekly virtual visits as well as face to face visits,
   both on site and off site, with child's biological brother. All phone calls with approved
   individuals will be monitored. allow the child to have contact with her biological family.
   DFPS will provide approved list of contacts at time of placement. Child will have monthly
   off-site visits with her siblings arranged and transported by DFPS. The visitation
   schedule and approved contacts will be provided by DFPS at the time of placement.

7. Contractor will follow all recommendations from child's educational plan and ensure her
   educational needs are being met.

8. Contractor will provide school documentation monthly to the DFPS Caseworker.

9. Contractor will provide the opportunity for child to participate in extracurricular
   activities.

10. Contractor will provide life-skills training to develop a functional foundation for learning
    and adaptive functioning.

11. The Child will continue to be covered by Traditional Texas Medicaid since the Child is not
    Title IV-E eligible and unable to be enrolled in Tennessee Medicaid. Contractor will be
    responsible for all costs associated with routine medical, dental, hearing care, and vision

Confidential                                                                                          D000090

Texas Dept of Family
and Protective Services

**Child-Specific
Residential Child-Care Contract
RTC Out-of-State
Attachment "E"**

Form 2282CSC
August 2021

care for the Child. Contractor will not invoice the state of Texas or DFPS for these costs. If, in some event, the Child needs care that is significant, Contractor will work with the Texas DFPS case worker in addition to transporting the Child to Texas for treatment. Contractor will only do this with full knowledge and approval from the Texas case worker, supervisor, Program Director and Program Administrator.

12. Contractor will notify DFPS program specialist is facility is placed on a corrective action plan and/or suspension/probation by the State of Tennessee.

*RCC*———————————————————————————————Page 89 of 89

Confidential                                                                         D000091