# EXHIBIT B

# Mackenzie Rowan

**From:** Starlett Armstrong
**Sent:** Friday, March 4, 2022 9:09 AM
**To:** Mackenzie Rowan
**Subject:** Fwd: A&R Concerns

Get Outlook for Android

**From:** Starlett Armstrong
**Sent:** Tuesday, March 1, 2022 12:11:54 PM
**To:** Tajuanna Wills <twills@perimeterhealthcare.com>
**Cc:** Tony Mobley <tmobley@perimeterhealthcare.com>
**Subject:** RE: A&R Concerns

Good morning Tajuana,

Thank you for letting me know, I will address this issue with Daniel.

Star,

**From:** Tajuanna Wills <twills@perimeterhealthcare.com>
**Sent:** Tuesday, March 1, 2022 9:34 AM
**To:** Starlett Armstrong <sarmstrong@perimeterhealthcare.com>
**Cc:** Tony Mobley <tmobley@perimeterhealthcare.com>
**Subject:** A&R Concerns

Good Morning

I was sending this email because the team has had some concerns about Daniel coming into the department causing issues. They are saying that he is putting himself on the schedule and discussing with them how things she be ran as well as my role and what I should be doing in the department. The team has come to me on several occasions about this matter and I just wanted to know if someone could speak with him. The team is saying that he is making them uncomfortable.

Thank You

TaJuanna Wills, MSHED
Director of Assessments and Referrals
Perimeter Behavioral and Perimeter Behavioral Hospital of Jackson
731-868-3010 Ext. 18105
Fax Number: 731-868-3073