# EXHIBIT D

| | |
|---|---|
| From: | Starlett Armstrong [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DE1DBCBE6480483BA6FB413E6EE2721C-SARMSTRONG] |
| Sent: | 3/26/2022 8:52:36 AM |
| To: | Stephanie Lentz [slentz@perimeterhealthcare.com] |
| CC: | Robert Marsh [rmarsh@perimeterhealthcare.com] |
| Subject: | CPS Investigation |

Good morning,

This email is to advise you that I called in a second CPS report regarding the ▇▇▇▇▇▇▇▇ allegation.  The subsequent report was made to the Texas CPS hotline per the Texas Contract regarding abuse allegations.  The report was made to Jill (employee ID# 5634).  The Texas CPS report # is 76123017.


Thank you,

Starlett Armstrong, LCSW
Director of Clinical Services
Perimeter Behavioral of Jackson &
Perimeter Hospital of Jackson
49 Old Hickory Blvd.
Jackson, TN 38305
(731)868-3009
(731)444-1344 (cell)
(731) 668-5870 (fax)



For Assessment and Referral, contact our 24-hour Assessment and Referral Line at 731-868-3010.
*"This electronic message is intended to be for the use only of the named recipient and may contain information that is confidential or privileged.  If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution, or use of the contents of this message is strictly prohibited.  If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message.  Thank you."*